UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
Peter Szanto

Debtor(s)

Case No. 3:16-bk-33185 pcm ( )

NOTICE OF DEBTOR'S
AMENDMENT OF MAILING LIST
OR SCHEDULES D, E, F, E/F, G AND/OR H

US BANKRUPTCY COURT
DISTRICT OF OREGON

2016 AUG 30 AM 10: 24

LODGED___ REC'D ___
$30.00
PAID___ DOCKETED

## I. FILING INSTRUCTIONS FOR DEBTOR(S):
A. File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, E/F, G and/or H, or change the amount or classification of a debt listed on schedules D, E, F and/or E/F. An amendment filing fee is required.
B. If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on Local Form 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
C. If amending Schedules D, E, F, E/F, G and/or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
D. If amending Schedules D, E, F and/or E/ F, you must also file Official Form 106Sum for individual debtors, or Official Form 206Sum for non-individual debtors.
E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
F. To file an address change for a previously listed creditor, use Local Form 101C instead of this form.

## II. SERVICE INSTRUCTIONS FOR DEBTOR(S):
A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
2. **(All chapters)** Each applicable amended schedule.
3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
8. **(Chapter 9 or 11)** The notice of any pending hearing on a proposed disclosure statement, with attachments.
B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim**: Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

## III. CERTIFICATE OF COMPLIANCE:
The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

Dated: __08/30/16__ _____
Signature

**Peter Szanto 503-610-0865**
Type or Print Signer's Name **AND** Phone No.

**PO Box 4614, Portland OR 97208    -- Tax payer xxx-xx-2357**
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

728 (12/1/15)

PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

# 16 –bk-33185 pcm11

In Re Peter Szanto, Debtor

**ADDITION of CREDITORS**

1. JPMorgan Chase Bank

   3415 Vision Drive

   Columbus OH 43219


2. Bank of America

   PO box 650225

   Dallas TX 75265

Form 728 Attachment – pg. 1

PETER SZANTO

DEBTOR

CASE #

16-bk-33185pcm11

US BANKRUPTCY COURT
DISTRICT OF OREGON
2016 AUG 30 AM 10: 24
LODGED___ REC'D___
PAID___ DOCKETED___

ADD CREDITORS SHOWN ON FORM 106D

---

FORM 728 ADDED CREDITORS FROM FORM 106D

30 AUG 2016

PETER SZANTO