PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208



CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
APR - 3 2017
LODGED _____ RECD
PAID _____ DOCKETED

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5ᵗʰ Av., Portland OR 97204

| | |
|---|---|
| **In Re Peter Szanto**, Debtor | # **16 –bk-33185 pcm11**<br><br>DEBTOR'S Notice of Amendment<br>of Schedules<br><br>(Amended Income and Expense<br>Schedules and Declaration are<br>Attached Hereto)<br><br>Hon. Judge Peter C. McKittrick, presiding |

May it please this Honorable Court.

To the Court, the U.S. Trustee and the creditors, **please take notice**, pursuant to FRBP 1009(a), Debtor's General right to amend, debtor herewith and hereby amends his income and expense schedules and supports said amendments with the attached supporting Declaration.

Dated April 1 /17 _____ Peter Szanto

16-bk-33185          Notice – pg. 1

# PROOF OF SERVICE

My name is Susan Bier, I am over 21 years of age and not a party to the with action. My business address is PO Box 4614, Portland OR 97208.

On the date indicated below, I personally served the within:

**NOTICE**          on:

a. Internal Revenue Service, Boris.Kukso@usdoj.gov

b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618

c. JPMorgan Chase Bank, represented by:

Cara Richter  c/o Shapiro & Sutherland

1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683


d. Bank of America, c/o McCarthy & Holthus

920 SW 3rd Av., Portland OR 97204

e. Oregon Department of Revenue, 955 Center St., Salem OR 97301

f. US Trustee (Portland Office) *via* electronic mail to:

ustpregion18.pl.ecf@usdoj.gov

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.


DATED  4/1/17  *Susan Bier*  Susan Bier

16-bk-33185          Notice – pg. 2

**Fill in this information to identify your case:**

Debtor 1    Peter                       Szanto
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: District of Oregon

Case number   3:16-bk-33185 pcm11
(if known)

Check if this is:

☑ An amended filing *at 4-1-2017*

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Farrier / Watchmaker / Jeweler | |
| **Employer's name** | self-employed | |
| **Employer's address** | same as debtor<br>Number   Street<br>PO Box 4614 | Number   Street |
|  | Portland      OR    97208<br>City     State    ZIP Code | City     State    ZIP Code |
| **How long employed there?** | 2 1/4 years | ~~2 1/4 years~~ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $    0.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $    0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.   $    0.00 | $_____ |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.................................................................→ 4. | $ 0.00 | $ |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $     $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00     $

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. *See attachmen t* ............ 8a.   $ -9,050.00     $

8b. **Interest and dividends** *and stock trading.* —   8b.   $ 6,000.00     $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00     $

8d. **Unemployment compensation**   8d.   $ 0.00     $

8e. **Social Security**   8e.   $ 597.00     $

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00     $

8g. **Pension or retirement income**   8g.   $ 0.00     $

8h. **Other monthly income.** Specify: farrier / jewelry activities   8h.   + $ 12,500.00     + $

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $     $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 10,047.00   +   $   =   $ 10,047.00

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +   $

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 10,047.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: 1) Dissolution pending to increase rental prop income. 2) *Increase from Equine health work*



Schedule I - attachment

Line 8A

Income Statement for rental property – 11 Shore Pine Dr, Newport Beach CA 92657

Monthly basis

Gross Income . . . . . . . . . . . . . . . .   6,750.00

Mortgages . . . . . . . . . . . . . . . . . . -13,100.00

RE Tax . . . . . . . . . . . . . . . . . . . . . −1,400.00

Property Insurance . . . . . . . . . . . .   −100.00

Maintenance Reserve . . . . . . . . . .   −100.00

Home Owners Associa Due . . . . .   −1,100.00

---

-9,050.00

1. The gross income from this property will be $11-$12,000 / month after debtor
   and his spouse complete dissolution proceedings. This is because rent will be
   normalized to market rates.
   Additionally, property is located in prime summer vacation area and rates
   of $10,000 / week for comparable property are common in the community.

2. When Bank of America restores interest only payments, mortgage expense
   will decline to $8,000 / month.

Attachment to Schedule I

Page 3/3

**Fill in this information to identify your case:**

Debtor 1    Peter _____ Szanto _____
            First Name       Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: District of Oregon

Case number  3:16-bk-33185 pcm11
(if known)

Check if this is:

☑ An amended filing  at 4-1-2017

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and          ☑ Yes. Fill out this information for
   Debtor 2.                                each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| wife | 62 | ☑ No  ☐ Yes |
| son | 20 | ☑ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 500.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ |
| 4d.   Homeowner's association or condominium dues | 4d. | $ |

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5.    $ _____

6. **Utilities:**

     6a.   Electricity, heat, natural gas        6a.    $ _____ 10.00

     6b.   Water, sewer, garbage collection        6b.    $ _____ 10.00

     6c.   Telephone, cell phone, Internet, satellite, and cable services        6c.    $ _____ 40.00

     6d.   Other. Specify: _____        6d.    $ _____

7. **Food and housekeeping supplies**    7.    $ _____ 500.00

8. **Childcare and children's education costs**    8.    $ _____

9. **Clothing, laundry, and dry cleaning**    9.    $ _____ 50.00

10. **Personal care products and services**    10.    $ _____ 50.00

11. **Medical and dental expenses**    11.    $ _____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ _____ 100.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ _____

14. **Charitable contributions and religious donations**    14.    $ _____ 100.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

     15a.   Life insurance        15a.    $ _____ 81.00

     15b.   Health insurance        15b.    $ _____

     15c.   Vehicle insurance        15c.    $ _____ 37.00

     15d.   Other insurance. Specify: Business _____        15d.    $ _____ 12.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: reserve for taxes paid quarterly _____    16.    $ _____ 200.00

17. **Installment or lease payments:**

     17a.   Car payments for Vehicle 1        17a.    $ _____

     17b.   Car payments for Vehicle 2        17b.    $ _____

     17c.   Other. Specify: _____        17c.    $ _____

     17d.   Other. Specify: _____        17d.    $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $ _____

19. **Other payments you make to support others who do not live with you.**

     Specify: _____    19.    $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

     20a.   Mortgages on other property        20a.    $ _____

     20b.   Real estate taxes        20b.    $ _____

     20c.   Property, homeowner's, or renter's insurance        20c.    $ _____

     20d.   Maintenance, repair, and upkeep expenses        20d.    $ _____

     20e.   Homeowner's association or condominium dues        20e.    $ _____

Case 16-33185-pcm11    Doc 88    Filed 04/03/17

21. **Other**. Specify: _____    21.    +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $ _____ 1,690.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $ _____ 1,690.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ _____ 10,047.00

    23b. Copy your monthly expenses from line 22c above.    23b.    – $ _____ 1,690.00

    23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.    $ _____ 8,357.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.  Explain here: 1) Income from CA rental property will increase. 2) Income increase from equine health
activities is steadily increasing. 3) anticipate selling one or two vehicles to increase cash
reserve

Case 16-33185-pcm11    Doc 88    Filed 04/03/17

**Fill in this information to identify your case:**

Debtor 1    Peter                                Szanto
            First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: District of Oregon

Case number   3:16-bk-33185 pcm11
(If known)

☑ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____          ✗ _____
  Signature of Debtor 1                          Signature of Debtor 2

Date 04/01/2017                              Date _____
     MM / DD / YYYY                               MM / DD / YYYY