US BANKRUPTCY COURT
DISTRICT OF OREGON

2018 APR 24 AM 10: 59

LODGED____REC'D____

PAID____DOCKETED ☑ Check if this is an
amended filing

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Peter | | Szanto |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Oregon

Case number (If known) 16-bk-33185 pcm 7

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption. | |
| Brief description: **VW Tiguan** <br> Line from *Schedule A/B*: **3.4** | $3,775.00 | ☑ $ 15,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(f) |
| Brief description: **Househ furn. (HF\*)** <br> Line from *Schedule A/B*: **6** | $210,000.00 | ☑ $ 12,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(b) |
| Brief description: **personal jewlery** <br> Line from *Schedule A/B*: **12** | $1,600.00 | ☑ $ 1,600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(a) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Case 16-33185-pcm7    Doc 449    Filed 04/24/18

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: misc. pers. property<br>Line from Schedule A/B: var. | $ 160,375.00 | ☑ $ 160,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(p) |
| Brief description: tools of trade (tot*)<br>Line from Schedule A/B: 40 | $ 20,000.00 | ☑ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(d) |
| Brief description: 401K accout<br>Line from Schedule A/B: 21 | $ 57,027.00 | ☑ $ 57,027.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(3)(C)<br>NVRS 21.090(1)(r) |
| Brief description: IRA<br>Line from Schedule A/B: 21 | $ 10,777.00 | ☑ $ 10,777.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(3)(C)<br>NVRS 21.090(1)(r) |
| Brief description: SSA<br>Line from Schedule A/B: ——— | $ 597.00 | ☑ $ 597.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 USC 407 and<br>11 USC 522(b)(3)(C)<br>NVRS 21.090(y) |
| Brief description: Debtor's residence<br>Line from Schedule A/B: 1.1 | $ 2,700,000.00 | ☑ $ 2,700,000.0<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(o) |
| Brief description: professional books<br>Line from Schedule A/B: 44 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(f)(1)(B)(ii) |
| Brief description: Life Ins on another<br>Line from Schedule A/B: 31 | $ 1,000,000.00 | ☑ $ 1,000,000.0<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(k) |
| Brief description: testamentry litigatio<br>Line from Schedule A/B: 25 | $ 3,500,000.00 | ☑ $ 3,500,000.0<br>☐ 100% of fair market value, up to any applicable statutory limit | abandoned per court order to debtor |
| Brief description: (tot*)prospecting<br>Line from Schedule A/B: 40 | $ 4,500.00 | ☑ $ 4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(e) |
| Brief description: (tot*)farm work truck<br>Line from Schedule A/B: 40 | $ 4,500.00 | ☑ $ 4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(c) |
| Brief description: (HF*)art,library<br>Line from Schedule A/B: 6 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(a) |

Case 16-33185-pcm7    Doc 449    Filed 04/24/18

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: misc.<br>Line from *Schedule A/B:* var. | $ 1,000.00 | ☑ $ 1,000.00<br>❏ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(z) |
| Brief description: Tampa Judgments<br>Line from *Schedule A/B:* 30 | $ 12,000.00 | ☑ $ 16,150.00<br>❏ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(u) includes interest accruing on said judgments |
| Brief description: Mrcedes / h.caped<br>Line from *Schedule A/B:* 3.2 | $ 27,000.00 | ☑ $ 27,000.00<br>❏ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(p) equpied for Susan's Disabilities |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❏ $<br>❏ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 3 of 3

Fill in this information to identify your case:

Debtor 1    **Peter**                                    **Szanto**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the: District of Oregon    [▼]

Case number   16-bk-33185-pcm7
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec   (AMENDED   SCHEDULE   C)

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____          ✗ _____N/A_____
Signature of Debtor 1                        Signature of Debtor 2

Date 04/23/2018                      Date _____
    MM / DD / YYYY                         MM / DD / YYYY

# PROOF OF SERVICE

**My name is Maquisha Reynolds, I am over 21 years of age and not a party to the with action. My business address is PO Box** ~~4~~ *14894, IRVINE CAL 92623* ~~OR 97208~~**. On the date indicated below, I personally served the within:**

Amended Schedule C and Declaration Re Schedu;e

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan Chase Bank, represented by:
                       Cara Richter  c/o Shapiro & Sutherland
   1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus
      920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, Stephen P Arnot, POBox 1963, Lake Oswego OR 97035
             by e-mail to arnotlaw@sbcglobal.net

**by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.**

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Lido CA.**

**Dated 4-23-2018** _Maquisha Reynolds_ **Maquisha Reynolds**

16-bk-33185        Response — pg 6

# FedEx Express ®

FedEx Ship Manager – Print Your Label(s)

RT 537 FZ

C 6 16:00 8729 04.24

ORIGIN ID:DTHA
SZANTO
SZANTO
P.O.BOX 14894

IRVINE, CA 92623
UNITED STATES US

SHIP DATE: 23APR18
ACTWGT: 0.50 LB
CAD: 112243018/INET3980

BILL SENDER

TO **CLERK-DIST OREGON**
**US BANKRUPTCY COURT PORTLAND**
**1001 SW 5TH AVE #700**
**ROOM 700 @ 1001 SW 5TH AV**
**PORTLAND OR 97204**
(503) 610-0865          REF:
INV:
PO:                              DEPT:

552J/91/32/DCA5



FedEx Express

**E**

TUE - 24 APR 3:00P
**STANDARD OVERNIGHT**

TRK#
0201     **7806 5095 8729**

# WS MRIA                    97204
OR-US  **PDX**



Extremely Urgent

4/23/2018