CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
MAY 30 2018
LODGED____ REC'D____
PAID____ DOCKETED____
☑ Check if this is an amended filing

Fill in this information to identify your case:

Debtor 1: Peter Szanto
Debtor 2 (Spouse, if filing): 
United States Bankruptcy Court for the: District of Oregon
Case number (If known): 16-bk-33185 pcm 7

# Official Form 106C
# Schedule C: The Property You Claim as Exempt   04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own — Copy the value from Schedule A/B | Amount of the exemption you claim — Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: VW Tiguan <br> Line from Schedule A/B: 3.4 | $3,775.00 | ☑ $15,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(f) |
| Brief description: Househ furn. (HF*) <br> Line from Schedule A/B: 6   HF = Household furnishings | $210,000.00 | ☑ $12,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(b) |
| Brief description: personal jewlery <br> Line from Schedule A/B: 12 | $1,600.00 | ☑ $1,600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(a) also library and art |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 1 of 5

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Debtor's prosthetics<br>Line from Schedule A/B: 14 | $20,000.00 | ☑ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(q) |
| Brief description: tools of trade (tot*)<br>Line from Schedule A/B: 40  *tot = tools of trade* | $20,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(d) |
| Brief description: 401K accout<br>Line from Schedule A/B: 21 | $57,027.00 | ☑ $57,027.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(r) |
| Brief description: IRA<br>Line from Schedule A/B: 21 | $10,777.00 | ☑ $10,777.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(r) |
| Brief description: SSA<br>Line from Schedule A/B: *income - current* | $597.00 | ☑ $597.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(y) |
| Brief description: Debtor's residence<br>Line from Schedule A/B: 1.1 | $2,700,000.00 | ☑ $550,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(m) |
| Brief description: professional books<br>Line from Schedule A/B: 44 *Also 21.090(1)(d)* | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(a) |
| Brief description: Life Ins on another<br>Line from Schedule A/B: 31 | $1,000,000.00 | ☑ $1,000,000.0<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(k) |
| Brief description: testamentry litigatio<br>Line from Schedule A/B: 25 | $3,500,000.00 | ☑ $3,500,000.0<br>☐ 100% of fair market value, up to any applicable statutory limit | abandoned per court order to debtor |
| Brief description: (tot*)prospecting<br>Line from Schedule A/B: 40 | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(e) |
| Brief description: (tot*)farm work truck<br>Line from Schedule A/B: 40 *tot = tools of trade* | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(c) |
| Brief description: (HF*)art, library<br>Line from Schedule A/B: 6 *House hold furnishings* | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(a) |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Add'nl exemptions<br>Line from Schedule A/B: var. | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(z) |
| Brief description: judgments+interst<br>Line from Schedule A/B: 30 | $12,000.00 | ☑ $16,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(u) |
| Brief description: Mercedes<br>Line from Schedule A/B: 3.2 | $27,000.00 | ☑ $27,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(p) mobility equipment installed |
| Brief description: Hmsted/aodial titlel<br>Line from Schedule A/B: 1.1 | $2,700,000.00 | ☑ $550,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(l) |
| Brief description: Vocational training<br>Line from Schedule A/B: right | $ pending | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | NVRS 21.090(1)(jj) |

Fill in this information to identify your case:

Debtor 1 __Peter_____ _____ __Szanto_____
           First Name                       Middle Name                  Last Name

Debtor 2
(Spouse, if filing) First Name                Middle Name                Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number __16-bk-33185_____
(if known)

☑ Check if this is an amended filing

AMENDED SCHEDULE C

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____     ✗ _____
   Signature of Debtor 1                                        Signature of Debtor 2

Date __05/30/2018__                      Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the with action. My business address is PO Box 4614, Portland OR 97208. On the date indicated below, I personally served the within:

Response <u>Amended Schedule C</u>

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan Chase Bank, represented by:
                         Cara Richter c/o Shapiro & Sutherland
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus
    920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, Stephen P Arnot, POBox 1963, Lake Oswego OR 97035
        by e-mail to arnotlaw@sbcglobal.net
g. Susan Szanto, 11 Shore Pine, Newport Beach, CA 92657

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 5-30-2018    *Maquisha Reynolds* **Maquisha Reynolds**

16-bk-33185      Notice 5-30-2018 — pg. 5

5 of 5