Stephen P. Arnot, OSB #070765
WILLIAMS, KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Plaintiff

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peter Szanto,<br><br>      Debtor. | Case No. 16-33185-pcm7<br><br>Chapter 7<br><br>STIPULATION TO VACATE ORDER OF CONTEMPT TO ALLOW DEBTOR OPPORTUNITY TO OBJECT |

On August 24, 2018, the Chapter 7 Trustee was directed by the court to prepare the form of order after hearing on Trustee's motion to hold debtor in contempt. [DKT #561] On August 30, 2018, the court entered the order after hearing on Trustee's Motion Re Contempt. [DKT #565]. The order was not circulated three days prior to submission to the court pursuant to LBR 9021-1.

In order to comply with LBR 9021-1, the Trustee and Debtor request the court vacate the order after hearing on contempt [DKT #565] to allow the debtor his right to object to the form of order. Upon entry of this order, the Trustee shall recirculate to the debtor the order after hearing on contempt. If the debtor timely objects and the Trustee and debtor cannot resolve the objection, the Trustee will inform the court in writing of the basis for the debtor's objection on submission of the proposed order after hearing.

# # #

Page 1 - STIPULATION TO VACATE ORDER TO ALLOW DEBTOR OPPORTUNITY TO OBJECT

Williams, Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 228-7967 • Fax (503) 222-7261

6607093.1

Case 16-33185-pcm7    Doc 570    Filed 09/06/18

IT IS SO STIPULATED:

  /s/ Stephen P. Arnot
Stephen P. Arnot
Chapter 7 Trustee
Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
sarnot@williamskastner.com

  /s/ Peter Szanto
Peter Szanto, Debtor

cc:    ECF Participants

**By first class mail and email to:**

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657
Email: szanto.pete@gmail.com

Page 2 - STIPULATION TO VACATE ORDER TO ALLOW DEBTOR OPPORTUNITY TO OBJECT

Williams, Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 228-7967 • Fax (503) 222-7261

6607093.1

Case 16-33185-pcm7    Doc 570    Filed 09/06/18