Below is an Order of the Court.

PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy Case No. |
| PETER SZANTO, | ) 16-33185-pcm7 |
| | ) |
| | ) ORDER GRANTING TRUSTEE'S |
| | ) MOTION FOR CONTEMPT (DOC. 533) |
| | ) |
| Debtor. | ) |

The Chapter 7 Trustee's motion for contempt as to the debtor, Peter Szanto (the Trustee's Motion)(Doc. 533) came on for evidentiary hearing on August 23, 2018, before the Honorable Peter C. McKittrick, presiding. The court having considered the Trustee's Motion, the debtor's opposition and the evidence offered at the hearing,

IT IS HEREBY ORDERED that the court finds the debtor in contempt as stated by the court in its oral findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the debtor shall sign copies of the Authorization to Disclose Financial Records directed to HSBC Bank, as modified, and the Account Fund Transfer Forms with HSBC Bank Singapore Ltd. and HSBC Bank Australia Ltd., attached hereto as Exhibit 1, and

Page 1 - ORDER GRANTING TRUSTEE'S MOTION FOR CONTEMPT (DOC. 533)

deliver those signed copies to the Trustee no later than October 12, 2018, by Federal Express or some other form of delivery that provides a tracking method. If the debtor refuses to sign and deliver any of the documents attached as Exhibit 1, the Trustee may bring this matter before the court on further motion for contempt for the debtor's failure to comply with this order and the court's order of December 5, 2017.

IT IS FURTHER ORDERED that the debtor must surrender to the Trustee all funds that constitute property of the estate and take all actions and execute all such documents necessary to assist the Trustee in obtaining turnover of all property of the bankruptcy estate that was transferred to and/or on deposit with HSBC Bank Australia Ltd. and/or HSBC Bank Singapore Ltd. The Court makes no findings with regard to whether the debtor knew or was aware that he opened foreign accounts in Singapore and Australia.

IT IS FURTHER ORDERED that nothing in this order excuses the debtor from performing his duties imposed by the Bankruptcy Code or any other order entered by this court.

It IS FURTHER ORDERED that Debtor is expressly warned that, if he fails to comply with the terms of this order or any other order of this court, he may be subject to contempt sanctions, including the imposition of monetary sanctions and/or the issuance of a warrant for his arrest by the United States Marshals Service.

###

cc: Peter Szanto
    Chapter 7 Trustee

Page 2 - ORDER GRANTING TRUSTEE'S MOTION FOR CONTEMPT (DOC. 533)

AUTHORIZATION TO DISCLOSE FINANCIAL RECORDS AND TURNOVER ESTATE PROPERTY

To:     HSBC Bank USA
        HSBC Bank Australia Ltd
        HSBC Bank Singapore Ltd
        HSBC Foreign Exchange

Re:     *Peter Szanto*, Bankruptcy Case No. 16-33185-pcm7
        *Arnot v. HSBC Bank, et al.*, Case No. 18-03029

SSN:    xxx-xx-xx-2357

You are hereby authorized and directed to furnish and release to Stephen P. Arnot, Chapter 7 Trustee for the Estate of Peter Szanto ("Trustee") any and all bank records, documents and other writings in your possession or under your control concerning all of my accounts, whether open or closed, and whether held solely in my name or jointly with another.

You are also authorized to communicate with the Trustee orally or in writing and to provide bank or financial statements and/or reports concerning the matters addressed herein for the purpose of explaining or disclosing the information requested relative to such accounts in which I may have an interest.

You are further authorized to turn over to the Trustee all funds in all bank and/or financial accounts with your institution in my name solely, jointly with another.

All expense pertaining to the foregoing shall be paid by the party requesting the information pursuant to this authorization and nothing herein shall be construed to make me liable for those costs.

_____
Peter Szanto

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF _____        )

On this _____day of September, 2018, before me, a Notary Public, personally appeared the above named person who acknowledged signing the above and foregoing instrument as a free act and deed.

_____
Notary Public

My Commission Expires:



Country/Territory **Singapore**

| Application Form For | | Application Date |
|---|---|---|

Note: It is important that you read the Terms and Conditions and the Filling Notes before completing this form. Any amendment made after the form is printed will not be captured in the barcode.

## 1. ACCOUNT HOLDER INFORMATION

Debit Account Number

Currency / Account Type

## 2. PAYMENT DETAILS

Remittance Currency

Amount ● In Remittance Currency ○ In Debit Account Currency

Amount in Words

Account to be Debited on (DD/MM/YYYY)

## 3. BENEFICIARY BANK DETAILS

Bank Code Type

Bank Code

Country/Territory

Bank Name **Associated Bank**

Beneficiary Bank's Address **PO Box 19097**

Beneficiary Bank's Address

City **Green Bay**

Province **Wisconsin**

Postcode **54307-9097**

Message to Beneficiary Bank

## 4. BENEFICIARY DETAILS

Account Number / IBAN **2231654977**

Beneficiary Account Name **Stephen Arnot, Ch. 7 Trustee for Peter Szanto**

Beneficiary's Address **PO Box 1963**

Beneficiary's Address

City **Lake Oswego**

Province **Oregon**

Postcode **97035**

Country **USA**

Message to Beneficiary

Purpose of Payment

## 6. FUND TRANSFER CHARGES

Local / Overseas Charges

This box is used for printing of the automatically generated barcode only, and it should be kept unaltered and unmarked.

## 5. INTERMEDIARY/CORRESPONDENT BANK (IF APPLICABLE)

Bank Code Type

Bank Code

Country/Territory

Bank Name

Address

Address

City

Province

Postcode

## 7. FOREIGN EXCHANGE DETAILS (OPTIONAL)

Exchange Rate

Foreign Exchange Contract Number

## 8. CUSTOMER AUTHORISATION

I / We have read the Terms and Conditions and agree to be bound by them.

Signature(s) S.V.

Name of Debit Account Holder **Peter Szanto**

Email Address **szanto.pete@gmail.com**

| Print & Validate Form | Save | Clear |
|---|---|---|

Exhibit 1 - Page 2 of 4

Case 16-33185-pcm7    Doc 590    Filed 10/02/18

## 1. Before using this Smartform

1.1 Ensure that you are using the latest version of this Smartform, available on your local HSBC Internet Website.

1.2 Ensure that you have Adobe® Acrobat® Reader® version 9.0 or above. To obtain the most recent version, please visit www.adobe.com.

1.3 Ensure that you have read and understood the Terms and Conditions before you complete, sign and submit the Smartform. Terms and Conditions can be viewed by clicking on the "Terms and Conditions" hyperlink in Section 8, and are also available at your local HSBC website or branches.

## 2. Filling in this Smartform

2.1 Type and complete all mandatory fields to ensure your instructions are properly captured in the auto-generated barcode upon printing (except for the signature in the Customer Authorisation Box in Section 8, which should be affixed in ink).

2.2 Ensure the originating country/territory stated in the field "Country / Territory" is correct.

2.3 Choose the type of payment (i.e. Telegraphic Transfer or Local Interbank Funds Transfer) under the field "Application Form For". All mandatory fields will then be highlighted automatically.

2.4 Specify the payment date in the field "Account to be Debited on". The payment will be processed on that specified date if it is received before the daily cut-off time.

2.5 Payment amount is auto-generated in words after the numeric value is inputted.

2.6 Please note that for payments in foreign currency, there are additional requirements depending on the payment currency and/or the country of remittance. For example, for funds transfer in Euro to European Union (EU) and European Economic Area (EEA), BIC (in Section 3) and IBAN (in Section 4) must be provided.

2.7 Email address will only be used for correspondence in respect of this Telegraphic Transfer/Local Interbank Funds Transfer instruction.

## 3. Saving and printing this Smartform

3.1 After inputting all mandatory fields, click "Print & Validate Form" to print the completed Smartform with the auto-generated barcode. Do not use the print option button from the toolbar as this will not validate your completion of the Smartform and no barcode will be generated.

3.2 Print the form using a laser printer with at least 600 dpi resolution in its actual size (A4), which has been preset in the Smartform settings. Printing by other types of printer (e.g. ink jet) where the ink may smudge is not recommended.

3.3 Should you wish to save the completed Smartform for future usage, click the "Save" button. Please be reminded to check that there have been no version changes and the saved form is in the format of the latest version of the Smartform.

## 4. Signing and submitting this Smartform

4.1 Sign the printed form (with the auto-generated barcode) with a black or blue ball-point pen (and apply the company stamp where required).

4.2 Keep the barcode areas on the Smartform as printed. Do not alter, smudge or distort the barcode.

4.3 Do not write on or make any amendment(s) to the printed Smartform. Without prejudice to any provisions in the Terms and Conditions, written instructions and amendments on the printed Smartform may not be processed by the Bank.

4.4 Submit the completed form in hard copy to any HSBC branch within the originating country/territory indicated in "Country / Territory" on the form.

4.5 Without prejudice to any provisions in the Terms and Conditions, HSBC reserves the right not to process any Telegraphic Transfer/Local Interbank Funds Transfer with or without notice if this Smartform is not accurately and properly completed, including, without limitation, the addition of any special instruction by a Customer that is not provided for in the fields set out in this Smartform.

---



# Transfer of Funds Application

| | | | |
|---|---|---|---|
| Country | **Australia** | Fund Transfer Method | |
| Language | | Application Date | |

## ACCOUNT HOLDER DETAILS

| | | | |
|---|---|---|---|
| Account Name | **Peter Szanto** | Customer Type | |
| Debit Account Number | | Currency | |
| Your Reference | | Telephone | |

## PAYMENT DETAILS

| | | |
|---|---|---|
| Remittance Currency | **U.S. Dollars** | Amount ☐ Remittance Currency — N/A |
| Amount Debited On | | ☐ Debit Account Currency — N/A |
| Amount In Words | | |
| Purpose of Payment | **Close out account** | |
| Fund Transfer Charges | | Account for Debiting Charge |

## FOREIGN EXCHANGE DETAILS – Optional

| | | |
|---|---|---|
| Forward Deal / Exchange Contract Reference | | Exchange Rate |

## ORDERING PARTY DETAILS

| | |
|---|---|
| Is this Payment on behalf of a Third Party? | |
| Ordering Party Name | |
| Account Number / IBAN or Unique Identifier | |

**Address**
- Address
- Address
- City
- Province — Postcode
- Country

## BENEFICIARY DETAILS

| | |
|---|---|
| Beneficiary Full Name | **Stephen P. Arnot** |
| Account Number / IBAN | **2231654977** |
| Beneficiary Message | |

**Address**
- Address: **PO Box 1963**
- Address
- City: **Lake Oswego**
- Province: **Oregon** — Postcode: **97035**
- Country: **USA**

## BENEFICIARY BANK DETAILS

| | |
|---|---|
| Beneficiary Bank Name | **Associated Bank** |
| Bank Code Type | |
| Bank Code | |
| Beneficiary Bank☐ Message | |

**Address**
- Address: **PO Box 19097**
- Address
- City: **Green Bay**
- Province: **WI** — Postcode: **54307-9097**
- Country: **USA**

## INTERMEDIARY BANK DETAILS – Optional

| | |
|---|---|
| Bank Code Type | |
| Bank Name / Code | |

**Address**
- Address
- Address
- City
- Province — Postcode
- Country

## CUSTOMER(S)/AUTHORISED SIGNATURE

☐ This funds transfer instruction ("Instruction") is governed by the terms of your applicable account conditions. The Bank will act solely on the information provided in the boxes set out in the Instruction and only on choices from drop-down menus. Any handwritten or other changes to the form shall be disregarded and not be part of the Instruction.

| Signature | Signature | |
|---|---|---|
| *Bank use only*<br>PPC completed ☐   Call back required ☐ | Stamp | Stamp |

Exhibit 1 - Page 4 of 4

Case 16-33185-pcm7    Doc 590    Filed 10/02/18