Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER DISALLOWING CLAIM |
| ) | NUMBER 14 |
| Debtor. ) | |

    For the reasons set forth in the Court's letter dated January 7, 2019, Doc. 644,

    IT IS HEREBY ORDERED that Claim Number 14 is disallowed.

###

cc: Susan Szanto
    United States Trustee (via ECF)
    Chapter 7 Trustee (via ECF)

Page 1 - ORDER DISALLOWING CLAIM NUMBER 14