Susan Szanto 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| In Re Peter Szanto, Debtor | # 16 –bk-33185 pcm7 |
|---|---|
| ================== | **Notice of Appeal**<br>**and**<br>**Designation of Record**<br>**on Appeal** |

To the Court and the creditors, please take notice, CREDITOR Susan Szanto, herewith and hereby perfects appeal from denial of her claims in this Bankruptcy [EXHIBIT A].

Said Appeal is directed to the Bankruptcy Appellate Panel of the 9th Circuit Court of Appeals.

16- 33185          Notice of Appeal – pg. 1

Creditor herewith and hereby designates each and every document in the core Bankruptcy 16-bk-33185 as well as each and every document in adversarial proceedings 16-3114, 16-3141, 18-3042.

Creditor herewith and hereby designates the transcripts of each and every hearing in all of the above actions.

The bases for this appeal are these:

1) The Trial Court has **abused its discretion** by failing to consider, creditor's papers, evidence and testimony regarding her claims.

2) The Trial Court has **abused its discretion** by failing to postpone the evidentiary hearing regarding creditor's claim even though the Trial Court was timely informed that creditor was hospitalized with acute liver disease.

3) The Trial Court has **abused its discretion** by disabling its court-room phone systems at the time of the evidentiary hearing regarding creditor's claim -- such that creditor, calling from her hospital room, and severely disabled (and suffering from toxic shock from an improperly inserted catheter), was intentionally deprived by the Trial Court from presenting her positions.

January 18, 2019 _Susan Szanto_ Susan Szanto

16- 33185      Notice of Appeal – pg. 2

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the with action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

NOTICE

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan Chase Bank, represented by:
              Cara Richter c/o Shapiro & Sutherland
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus
    920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, Stephen P Arnot, POBox 1963, Lake Oswego OR 97035
       by e-mail to arnotlaw@sbcglobal.net
g. Peter Szanto, 11 Shore Pine, Newport Beach CA 92657

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated Jan 19-2019 _____ **Maquisha Reynolds**

16- 33185        Notice of Appeal – pg. 3

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re: )
) Bankruptcy Case No.
PETER SZANTO, ) 16-33185-pcm7
)
) ORDER DISALLOWING CLAIM
) NUMBER 14
Debtor. )
_____)

    For the reasons set forth in the Court's letter dated January 7, 2019, Doc. 644,

    IT IS HEREBY ORDERED that Claim Number 14 is disallowed.

###

cc: Susan Szanto
    United States Trustee (via ECF)
    Chapter 7 Trustee (via ECF)



Page 1 - ORDER DISALLOWING CLAIM NUMBER 14

FedEx shipping label:

ORIGIN ID:DTHA (949) 887-2369
SZANTO
SZANTO
P.O.BOX 14894
IRVINE, CA 92623
UNITED STATES US

SHIP DATE: 17JAN
ACTWGT: 0.50 LB
CAD: 112243018/INE

BILL SENDER

TO: CLERK-DIST OREGON
US BANKRUPTCY COURT PORTLAND
1050 SW 6TH AVE #700
ROOM 700 @ 1050 SW 6TH AV
PORTLAND OR 97204
(949) 887-2369



FRI - 18 JAN 3:00P
STANDARD OVERNIGHT

TRK# 7742 2438 6589
0201

WS MRIA        97204
               OR-US  PDX

Extremely Urgent

Case 18-33185-pcm7    Doc 65    Filed 01/18/19