Peter Szanto  949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. BANKRUPTCY COURT

## DISTRICT OF OREGON

*1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500*

| Peter Szanto, debtor,<br><br>appellant | **16 –bk-33185 pcm7**<br><br>**Debtor's Notice of Appeal and Statement of Election** |
|---|---|

Debtor, Peter Szanto, herewith and hereby appeals from (Docket Entry 278) [EXHIBIT A] entered 12/5/2017, the ORDER Converting Chapter 11 Case to Case Under Chapter 7. Said appeal being made timely after denial of debtor's Rule 60 Application (Docket Entry 652) [EXHIBIT B] entered 1/15/19.

All appellees are listed in the proof of service attached hereto.

Debtor, appellant makes election to have this appeal heard by the Oregon U.S. District Court.

Respectfully,

Dated January 27/ 2019   */s/ signed electronically*   Peter Szanto

Notice of Appeal  – page 1

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within: Notice of Appeal on the following by placing in postage pre-paid envelopes of the within document

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101

b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618

c. JPMorgan Chase Bank, represented by:

  Cara Richter c/o Shapiro & Sutherland

  1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus

  920 SW 3rd Av., Portland OR 97204

e. Oregon Department of Revenue, 955 Center St., Salem OR 97301

f. Chapter 7 Trustee, Stephen P Arnot, PO Box 1963, Lake Oswego OR 97035

g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657

h. U.S. Department of Justice, Office of the United States Trustee
  620 SW Main Street, Suite 213, Portland, OR 97205

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated Jan 27 / 2019 */s/ signed electronically* M. Reynolds

Notice of Appeal – page 2

Case 16-33185-pcm7 Doc 659 Filed 01/27/19