# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re

)
)   Case No._____
)
)   CHAPTER 7 TRUSTEE'S
)   INTERIM REPORT
)   NUMBER _____
Debtor(s)                                             )

The trustee, _____, reports upon the financial condition of the estate and progress of its administration as follows:

| Estate Monies | Amounts Since Last Report | Total From Date Case Began Under Ch. 7 |
|---|---|---|
| 1.  Receipts | $_____ | $_____ |
| Disbursements | $_____ | $_____ |
| BALANCE ON HAND | | $_____ |

2.  The following estate property has not yet been liquidated:

3.  The trustee proposes to take the following action to liquidate the property mentioned in paragraph 2 (Do not include payments owing by the debtor(s), but not yet due):

4.  The trustee expects to complete liquidation of the assets and file a final account (Give expected date or estimated period of time):

5.  The trustee believes the sum of $_____ could be disbursed for interim compensation and administrative expenses at this time without jeopardizing the viability of the estate.

6.  The trustee expects to make a distribution to creditors (Give expected date or estimated period of time, or if stating "NONE" then also state reasons why not):

7.  The Court has appointed the following professionals to perform duties in this case (Provide names and types of duties only if the persons have not received final compensation):

8.  The trustee is currently obligated to pay a maximum of $_____ for administrative expenses owed to non-professionals.  [If case converted from Chapter 11 to 7]  The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $_____.

9.  Additional comments:

DATE:_____

_____
                                                              Trustee

753 (12/12/88)