# 11 Shore Pine Drive
# Newport Coast, CA 92657

Price **$3,500,000**

Bedrooms **4**

Baths **4.5**

Living Space **3,979** Sq. Ft.









Ask a Question(949) 887-2369

\* \* \* EXCLUSIVE SANTA LUCIA \* \* \* The timeless elegance of this beautiful Mediterranean villa is ideal for impressive entertaining and comfortable family living. The dramatic, two-story formal entry with its curved staircase is highlighted by the stunning double-door entry with its custom, etched glass mural. The gracious living room with a grand

fireplace offers two-story ceilings and expansive windows providing a light and bright ambiance. The spacious chef's kitchen with stainless steel appliances, breakfast nook and comfortable family room with built-in entertainment center and fireplace all open to the lush back yard patio with retractable awnings plus built-in BBQ, soothing water fountain and views overlooking the serene canyon and trails of Buck Gully. The inviting master suite features a custom bath, a cozy retreat with fireplace and a private view terrace. The home is walking distance to the community pool, spa and clubhouse with fabulous ocean views. Residents are also members of the private, resort-style Newport Coast Clubhouse with Jr. Olympic salt water pool, private tennis courts and park. Santa Lucia is conveniently located to neighborhood shopping, restaurants and schools plus the world-famous Pelican Hill Resort and Golf Club and the pristine beaches of Crystal Cove Park. As a "Phase One" original homeowner, this magnificent "detached" home was built to the highest quality standards by Mark Falcone, the renown custom-home builder, and RGC Development.

HOA Dues $668/month
Property Type Condominium
View Ocean
Style Mediterranean
Community - Newport Coast
County Orange

Built 1995

## Payment Calculator (with 20% Down-payment)

$15,057 per month
30 Year Fixed, 4.330% Interest
Principal and Interest

**$19,105** Property Taxes

**$6,772** HOA Dues

**$3,668** Homeowners' Insurance

Nearby Similar Homes
Property Details for 11 Shore Pine Drive

### Parking / Garage Information

- Uncovered Spaces: 3
- Attached Garage
- # of Garage Spaces: 3
- Direct Garage Access, Driveway - Concrete, Garage Door Opener, Permit/Decal
- Has Parking
- # of Parking Spaces: 6

### Multi-Unit Information

- # of Units in Community: 111
- Builder Name: Mark Falcone & RGC Development
- Builder Model: Palazo Benedick

### Homeowners Association

- Is Part of Association
- Secondary Association Name: Newport Coast Master
- Association Name: Santa Lucia HOA
- Monthly
- Monthly
- Secondary Association Fee: 118
- Association Fee: $550
- Association Amenities: Pool, Spa, Fire Pit, Barbecue, Outdoor Cooking Area, Picnic Area, Playground, Tennis, Sport Court, Biking Trails,

Hiking Trails, Club House, Meeting Room, Dues Paid Monthly, Pet Rules, Guard

**Interior Features**

**Laundry Information**

- Has Laundry
- Gas Dryer Hookup, Individual Room, Inside

**Kitchen Information**

- Appliances: Barbecue, Built In Range, Convection Oven, Dishwasher, Double Oven, Garbage Disposal, Gas Oven, Gas Range, Gas Water Heater, Hot Water Circulator, Microwave, Range/Stove Hood, Refrigerator, Tankless Water Heater, Vented Exhaust Fan, Water Line to Refrigerator, Water Purifier, Water Softener
- Has Appliances
- Breakfast Counter / Bar, Breakfast Nook, Formal Dining Room
- Granite Counters, Kitchen Island, Kitchen Open to Family Room, Self-closing cabinet doors, Utility sink

**Bathroom Information**

- # of Baths (Full): 4
- # of Baths (1/2): 1
- Bathtub, Shower in Tub, Double Sinks In Master Bath, Exhaust fan(s), Granite Counters, Linen Closet/Storage, Privacy toilet door, Separate tub and shower, Soaking Tub, Stone Counters, Tile Counters, Upgraded, Vanity area, Walk-in shower

**Cooling Information**

- Central, Dual, Zoned, High Efficiency
- Has Cooling

**Room Information**

- Dressing Area, Family Room, Formal Entry, Kitchen, Laundry, Living Room, Main Floor Bedroom, Master Bathroom, Master Suite, Retreat, Separate Family Room, Walk-In Closet

**Fireplace Information**

- Family Room, Living Room, Master Bedroom

- Has Fireplace

**Flooring Information**

- Carpet, Tile

**Heating Information**

- Zoned, Forced Air, High Efficiency
- Has Heating

**Interior Features**

- Double Door Entry, French Doors, Panel Doors
- Entry Location: Ground Level With Steps
- Balcony, Built-Ins, Crown Moldings, Granite Counters, High Ceilings (9 Feet+), Intercom, Open Floor Plan, Phone System, Recessed Lighting, Storage Space, Two Story Ceilings, Wired for Sound
- Levels: Two
- Main Level Bathrooms: 3
- Main Level Bedrooms: 1
- Security Features: 24 Hour Security, Carbon Monoxide Detector(s), Fire and Smoke Detection System, Gated with Guard, Security System
- Spa Features: Association, In Ground
- Has Spa
- Window Features: Custom Covering, Double Pane Windows, Drapes/Curtains, Screens

## Exterior Features

**Exterior Information**

- Roof: Spanish Tile
- Fencing: Excellent Condition, Glass, Masonry, Security, Wrought Iron
- Wrought Iron Fencing
- Construction Materials: Stucco

**Foundation Information**

- Foundation Details: Concrete Slab

**Exterior Features**

- Awning, Barbecue Private, Lighting

- Patio and Porch Features: Concrete, Covered, Patio Open, Porch - Front, Wrap Around
- Patio
- Pool Features: Association, Heated, Saltwater
- Has Sprinklers

## School / Neighborhood
**Neighborhood Information**

- Sidewalks, Storm Drains, Street Lighting, Suburban

**School Information**

- Elementary School: Newport Coast
- Middle or Junior School: Corona Del Mar
- High School: Corona Del Mar
- High School District: Newport Mesa Unified
- Elementary School 2: NEWCOA
- Middle or Junior School 2: CODEMA
- High School 2: CODEMA

## Utilities, Taxes / Assessments, Location Details, Misc. Information
**Utilities Information**

- Electric: Standard
- Sewer: Public Sewer, Soils Analysis Septic
- Cable Connected, Electricity Connected, Natural Gas Connected, Telephone - On Property, Sewer Connected, Underground Utilities, Water Connected
- Water Source: Private

**Assesments Information**

- Assessments: Special Assessments

**Location Information**

- Other Subdivision Name: Santa Lucia (NCSL)
- Directions: Newport Coast Drive & Pacific Pine Drive
- Road Frontage Type: Access via City Streets
- Road Surface Type: Maintained, Paved
- Subdivision Name: Santa Lucia (NCSL)

- Zoning: R1

**Miscellaneous Information**

- Exclusions: Contact Listing Agent

## Property / Lot Details

**Lot Information**

- Elevation Units: Feet
- Lot Size Source: Assessor's Data
- Lot Features: Back Yard, Cul-De-Sac, Front Yard, Landscaped, Lawn, Lot Shape-Rectangular, Lot-Level/Flat, Sprinkler System, Sprinklers Timer, Zero Lot Line

**Property Information**

- Total # of Units: 1
- Accessibility Features: Disability Features, Grab Bars in Bathroom(s)
- Common Walls: No Common Walls
- Direction Faces: Southwest
- Living Area Source: Builder's Data
- Property Condition: Termite Clearance, Turnkey
- Total # of Stories: 2
- Has View
- Year Built Source: Assessor

·

## Property History for 11 Shore Pine Drive

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Jan 4, 2019 | Listed (Active) | $3,500,000 | — |
| Mar 15, 1995 | Sold (Public Records) | $675,000 | — |

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| | Public Records | | |

## Public Facts for 11 Shore Pine Drive

**Taxable Value**

| | | |
|---|---|---|
| Land | | $482,329 |
| Additions | | $494,594 |
| Total | | $976,923 |

**Tax Record**

| | | |
|---|---|---|
| 2017 | | **$11,529** |

**Home Facts**

Beds
**4**
Baths
**4.5**
Finished Sq. Ft.
**3,979**

Total Sq. Ft.
**3,979**
Stories
**2**
Lot Size
**4,400 Sq. Ft.**
Style
**Condo/Co-op**
Year Built
**1995**

County
**Orange County**

Home facts updated by county records on Oct 16, 2018.

## Schools
Serving This Home
Elementary
Middle
High

| School Name | Great Schools Rating | Parent Rating | Distance |
| --- | --- | --- | --- |
| Newport Coast Elementary School<br>Public • Preschool to 6 • Serves this home | 9 | | 0.4 mi |
| Corona Del Mar High School<br>Public • 7 to 12 • Serves this home | 9 | | 3.3 mi |

School data provided by Great Schools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

Neighborhood Info for 11 Shore Pine Dr
California

Newport Coast 92657

.

**92657 Real Estate Sales (Last 30 days)**

| | |
| --- | --- |
| Median List Price **$4,150,000** | |
| Median $ / Sq. Ft.**$978** | |

| | |
|---|---|
| Median Sale / List | 95% |

## Median Real Estate Values

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|
| Santa Lucia | $3,345,000 | $861 | 98.3% |
| Newport Coast | $3,837,500 | $978 | 97.3% |
| Santa Marta at Newport Coast | $2,895,000 | $761 | 97.3% |
| ZIP 92657 | $4,150,000 | $998 | 96.7% |
| Newport Coast | $4,150,000 | $978 | 96.7% |
| Newport Beach | $2,450,000 | $913 | 96.3% |
| Orange County | $799,000 | $430 | 98.2% |

**$/Sq. Ft. Condos in 92657**

# Nearby Similar Homes

Homes similar to 11 Shore Pine Dr are listed between $605K to $5,488K at an average of $810 per square foot.

**NEW CONSTRUCTION CURRENTLY FOR SALE**

**$3,675,000**
3 Beds
3.5 Baths
2,340 Sq. Ft.
601 Iris Ave, Corona del Mar, CA 92625

**$3,488,000**
5 Beds
5.5 Baths
6,481 Sq. Ft.
49 Canyon Creek, Corona del Mar, CA 92626

## Nearby Recently Sold Homes

**SOLD FEB 20, 2019**

**$3,199,000**
3 Beds
2.5 Baths
1,570 Sq. Ft.
12 White Pine, Irvine, CA 92603

**SOLD JAN 28, 2019**

**$3,400,000**
3 Beds
3.5 Baths
3,800 Sq. Ft.
7 Torrey Pine Dr, Newport Coast, CA 92657

- More
  11 Shore PINE Dr is a condo in Newport Coast, CA 92657. This 3,972 square foot condo features 4 bedrooms and 4.5 bathrooms.

  Comparable nearby homes include <u>12 Sugar Pine Rd</u>, <u>521 Poinsettia Ave</u>, and <u>5 Monterey Pine Dr</u>. Nearby schools include Newport Coast Elementary School, Sage Hill and Harbor Day School. The closest grocery store is Pavilions. Nearby coffee shops include Starbucks, Zov's Restaurant Newport and Mustard Cafe. Nearby restaurants include Menchie's Frozen Yogurt, Newport Coast Pizzeria and The Krave Kobe Burger Grill - Newport Beach. 11 Shore Pine Dr is near Spyglass Hill Park, San Miguel Park and Buffalo Hills Park. This address can also be written as 11 Shore Pine Drive, Newport Coast, California 92657.