Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| Debtor. ) | ORDER GRANTING MOTION TO |
| ) | RESCHEDULE HEARING (DOC. 698) |

Debtor has filed a motion captioned Debtor's Request for Alternate Hearing Date Regarding Trustee's Fees and Costs (the Motion). Doc. 698.

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court will issue a revised notice of hearing in due course.

###

cc: Peter Szanto (via ECF)
    Stephen P. Arnot (via ECF)

Page 1 - ORDER GRANTING MOTION TO RESCHEDULE HEARING (DOC. 698)