Below is an order of the court.

_____

PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                ) Case No._____

                                      )

                                      )  **Application to Employ Attorney,**

                                      )  **Attorney Certification,**

Debtor(s)                        )  **And Order Thereon**

The undersigned trustee applies to employ_____,
OSB# _____, whose address is_____,
as attorney to assist in the estate's administration, and certifies that:

1.  The proposed method of compensation (e.g., hourly rate) is:


2.  The trustee estimates that the total legal fees for services to the estate will be $ _____.
    If the estimate is $15,000 or greater, the trustee represents that proposals to provide the services
    were solicited from at least two different firms and such proposals were considered in view of the
    trustee's fiduciary duty to economically administer the estate.

3.  The trustee will require the assistance of the attorney to provide the following legal services:

    a.  Discrete matters (for each matter, describe the matter and the potential benefit to the estate).


**753.90 (12/1/2018**)                       Page 1 of 2

b. Incidental legal services to the trustee regarding the administration of the estate. Fees for the services shall not exceed the greater of $1,000 or 10% of the total compensation requested by the attorney.

4.  The trustee selected the above-named attorney because:

5.  To the best of the trustee's knowledge, the attorney has no connections with the entities listed in the verification below, except as described therein.

> Mr. Blacklidge was previously employed by Steven Arnot, the former Trustee. Mr. Arnot is now employed by the office of the U.S. Trustee.

Date: _____          _____
                                        Trustee

I, the attorney named above, verify that:
   1)  I will be the trustee's attorney of record;
   2)  I have read 11 U.S.C. § 101(14) and § 327, and FRBP 2014(a); and
   3)  my firm has no connections with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge, except as follows:

Date: _____          _____
                                        Attorney at Law                              OSB #

The undersigned, _____, certifies that on _____
this application was submitted to the court.

                                        _____
                                        Signature

**IT IS ORDERED** that employment of the above-named attorney is authorized retroactively to the date upon which the application was submitted to the court as certified above; and that compensation of the attorney will be authorized upon compliance with local procedures and subject to review pursuant to 11 U.S.C. § 330.

### ###