Stephen P. Arnot
Chapter 7 Bankruptcy Trustee
PO Box 1963
Lake Oswego, OR 97035
Telephone: (503) 227-5093
arnotlaw@sbcglobal.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PETER SZANTO<br><br>Debtor. | Case No. 16-33185-pcm7<br><br>REPORT OF FORMER TRUSTEE'S ADMINISTRATION |

Stephen P. Arnot, the former Chapter 7 Trustee in the above referenced case, hereby reports that during administration of this case, I collected gross receipts of $891,919.93, made disbursements of $139,368.10 to the debtor(s), creditors, third parties and/or professionals, and turned over the balance of $751,357.83 to the successor trustee. I have delivered all records, electronic or otherwise, and any estate property in my possession or under my control to the successor trustee. The attached UST Form 1 and form 2 accurately describe the estate assets and my disposition thereof as well as the receipts and disbursements in this case during my tenure as trustee.

DATED this 26TH day of March, 2019.

/s/ Stephen P. Arnot
STEPHEN P. ARNOT, FORMER TRUSTEE



**Stephen P. Arnot**
Chapter 7 Bankruptcy Trustee
PO Box 1963
Lake Oswego, OR 97035
Telephone: (503) 227-5093

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Case No: 16-33185 PCM Judge: Peter C. McKittrick
Case Name: Peter Szanto

For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Date Filed (f) or Converted (c): 12/05/2017 (c)
341(a) Meeting Date: 01/04/2018
Claims Bar Date: 02/13/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11 Shore Pine, Newport, CA<br><br>See Docket No. 508 | 2,700,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 416 NW 13th Avenue, Portland, OR 97209 | 780,000.00 | 0.00 | | 0.00 | FA |
| 3. Chrysler PT Cruiser<br><br>Asset is not exempt; however, trustee has determined blue book value is under $1,500 and abandons as inconsequential value to estate. | 8,000.00 | 0.00 | | 0.00 | FA |
| 4. Mercedes 450 GL<br><br>Asset is exempt under Nevada exemptions as per amended schedule C filed on 5/30/18) | 27,000.00 | 0.00 | | 0.00 | FA |
| 5. Isuzu Trooper | 100.00 | 0.00 | | 0.00 | FA |
| 6. VW Tiguan<br><br>asset exempt | 3,775.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods - Furnishings<br><br>Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | 210,000.00 | Unknown | | 0.00 | Unknown |
| 8. TV and electronics<br><br>trustee considers this asset of inconsequentialvalue to the estate. | 25,000.00 | 0.00 | | 0.00 | FA |
| 9. Sculptures, paintings<br><br>Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | 100,000.00 | Unknown | | 0.00 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 16-33185 PCM Judge: Peter C. McKittrick
Case Name: Peter Szanto

For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Date Filed (f) or Converted (c): 12/05/2017 (c)
341(a) Meeting Date: 01/04/2018
Claims Bar Date: 02/13/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Sport and exercise equipment<br><br>Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | 85,000.00 | Unknown | | 0.00 | Unknown |
| 11. clothing<br><br>trustee considers this asset of inconsequentialvalue to the estate. | 25,000.00 | 0.00 | | 0.00 | FA |
| 12. Jewelry | 1,600.00 | 0.00 | | 0.00 | FA |
| 13. Eye glasses, dentures, hearing aid, food and fuel on hand | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. cash | 105.00 | 0.00 | | 0.00 | FA |
| 15. Union Bank<br><br>Pursuant to bank statements, only $36,105.06 remained in account which trustee has received. | 113,000.00 | 0.00 | | 36,105.06 | FA |
| 16. HSBC Bank<br><br>Trustee receovered $81,692.09 from HSBC Australia Bank account. Debtor transferred approx $300k to HSBC Bank Singapore. Trustee has employed Singapore attorney to pursue records and recovery of funds asset remains unknown at this time. | 250,000.00 | Unknown | | 81,692.09 | Unknown |
| 17. ETrade Account<br><br>trustee liquidated stock acccount and recovered net proceeds of $576k. Before trustee froze account, Debtor transferred approximately $377K to HSBS America and then transferred those funds to HSBC Singapore. recovered funds will be under Asset No. 16 for HSBC Account | 900,000.00 | 0.00 | | 576,707.61 | FA |
| 18. Wells Fargo Shareholder services<br><br>Exempt | 1,100.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 16-33185 PCM Judge: Peter C. McKittrick

Case Name: Peter Szanto

For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot

Date Filed (f) or Converted (c): 12/05/2017 (c)

341(a) Meeting Date: 01/04/2018

Claims Bar Date: 02/13/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. yankee Trust - former ownership / directorship ended<br>Turn over of funds in bank accounts<br>See Order (Dkt #46) in AP No. 18-3042-pcm. | 0.00 | 0.00 | | 84,427.77 | FA |
| 20. Peter Szanto LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21. Szanto Co. / XANTO Co | 0.00 | 0.00 | | 0.00 | FA |
| 22. Peter Szanto Co | 0.00 | 0.00 | | 0.00 | FA |
| 23. ETrade Financial Retirement | 57,027.00 | 0.00 | | 0.00 | FA |
| 24. ETrade Financial IRA | 10,777.00 | 0.00 | | 0.00 | FA |
| 25. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Szanto family trusts<br>See Notice to Abandon AP Action (Dkt #364) | 3,500,000.00 | 0.00 | OA | 0.00 | FA |
| 27. Investment in testing<br>Trustee deems inconsequential and burdensome to estate. | 4,000.00 | 0.00 | | 0.00 | FA |
| 28. California RE Brokers License<br>Trustee deems inconsequential value to estate. | 50,000.00 | 0.00 | | 0.00 | FA |
| 29. Tax Court Action for2010<br>thi is a liability rather than an asset. | Unknown | 0.00 | | 0.00 | FA |
| 30. Protective Life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 31. Joint or pay on death accounts with Susan Szanto | 0.00 | 0.00 | | 0.00 | FA |
| 32. Office Equipment<br>trustee considers this asset of inconsequentialvalue to the estate. | 25,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 16-33185 PCM Judge: Peter C. McKittrick
Case Name: Peter Szanto

For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Date Filed (f) or Converted (c): 12/05/2017 (c)
341(a) Meeting Date: 01/04/2018
Claims Bar Date: 02/13/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33. Inventory -- goods and supplies valued at market likely sale<br><br>Trustee will continue efforts to gain access for broker to value property for estate | 135,000.00 | Unknown | | 0.00 | Unknown |
| 34. Business related property - various books, catalogs<br><br>trying to gain access to value | 50,000.00 | Unknown | | 0.00 | FA |
| 35. Educational materials<br><br>trustee considers this asset of inconsequentialvalue to the estate. | 5,000.00 | 0.00 | | 0.00 | FA |
| 36. Real Estate Books, manuals<br><br>trustee considers this asset of inconsequentialvalue to the estate. | 2,000.00 | 0.00 | | 0.00 | FA |
| 37. Farrier tools, supplies | 1,500.00 | 0.00 | | 0.00 | FA |
| 38. Potential property interest with Susan Szanto<br><br>Per Docket No. 318, no value | 0.00 | 0.00 | | 0.00 | FA |
| 39. Sam Miles - claim<br><br>Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed. | 20,000.00 | 0.00 | | 0.00 | FA |
| 40. Claim v. Briones, counsel<br><br>Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed. | 20,000.00 | 0.00 | | 0.00 | FA |
| 41. Autocraft - claim for ruined electrical<br><br>trustee considers this asset of inconsequentialvalue to the estate. Statute of limitations expired | 20,000.00 | 0.00 | | 0.00 | FA |
| 42. O'Connell Landscapingclaim<br><br>Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed. | 25,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 16-33185 PCM Judge: Peter C. McKittrick
Case Name: Peter Szanto
For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Date Filed (f) or Converted (c): 12/05/2017 (c)
341(a) Meeting Date: 01/04/2018
Claims Bar Date: 02/13/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 43. Florida Judgments FLMB | 12,000.00 | 0.00 | | 0.00 | FA |
| 44. Polishing machines - tools of trade<br><br>Trustee deems inconsequential and burdensome to estate | 20,000.00 | 0.00 | | 0.00 | FA |
| 45. Bank of America checking/savings Accounts (u)<br><br>Per Court order, Bank of America turned over funds in checking account, account no xxxxx 2580 | 112,984.40 | 112,987.40 | | 112,987.40 | FA |
| 46. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $9,305,968.40 | $112,987.40 | | $891,919.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2018 Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature: /s/ Stephen Arnot Date: 03/25/2019

Stephen Arnot
P.O. Box 1963
Lake Oswego, OR 97035
(503) 227-5033

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-33185
Case Name: Peter Szanto

Taxpayer ID No: XX-XXX1767
For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4977
Checking
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 01/10/18 | 17 | E*Trade Financial<br>PO Box 484<br>Jersey City, NJ 07303-0484 | Liquidation of brokerage account no xxxx2698<br>Liquidation of E*Trade brokerage account no xxxx2698 | 1129-000 | $0.04 | | $0.04 |
| 01/10/18 | 17 | E*Trade Financial<br>PO Box 484<br>Jersey City, NJ 07303-0484 | Liquidation of brokerage account no xxxx6400<br>Liquidation of E*Trade brokerage account no xxxx6400 | 1129-000 | $9,829.87 | | $9,829.91 |
| 01/10/18 | 17 | E*Trade Financial<br>PO Box 484<br>Jersey City, NJ 07303-0484 | Liquidation of brokerage account no xxxx5272<br>Liquidation of E*Trade brokerage account no xxxx5272 | 1129-000 | $566,877.70 | | $576,707.61 |
| 01/10/18 | 45 | Bank of America<br>P O Box 15047<br>Wilmington, DE 19850-5047 | Liquidation of bank of America Account No xxxxx 2580<br>Per Court order, Bank of America turned over funds in checking account No xxxxx 2580 in the name of the debtor. Deposits came from debtor's E*trade acct | 1249-000 | $112,987.40 | | $689,695.01 |
| 01/17/18 | 15 | Union Bank<br>San Francisco, CA | balance in Account No. 2572<br>close out balance in acct no 2572 on 1-12-18 | 1129-000 | $21,807.34 | | $711,502.35 |
| 01/17/18 | 15 | Union Bank<br>San Francisco, California | close out balance in account no 2580 as of 1-11-18 | 1129-000 | $14,297.72 | | $725,800.07 |
| 01/17/18 | 101 | Peter Szanto | Return of Debtors Exempt Social Security deposits<br>Returned to debtor 2 months social security deposits into the DIP account that are exempt | 8100-002 | | $1,194.00 | $724,606.07 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $718.14 | $723,887.93 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $725,800.07 | $1,912.14 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-33185
Case Name: Peter Szanto

Taxpayer ID No: XX-XXX1767
For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4977
Checking
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/18 | 102 | Orange County Tax Collector<br>P O Box 1438<br>Santa Ana, CA 92702-1438 | payment of Real Property Taxes<br>Pursuant to Order denying relief from stay, the trustee is to pay the taxes and insurance on 11 Shore Pine, Newport Coast, Ca. DKT 393 and 381. | 2820-000 | | $9,253.66 | $714,634.27 |
| 02/23/18 | 103 | Homesight Insurance<br>P O Box 414356<br>Boston, MA 02241 | payment of insurance on real property<br>Pursuant to Order denying relief from stay, the trustee is to pay the taxes and insurance on 11 Shore Pine, Newport Coast, Ca. DKT 393 and 381. | 2420-000 | | $1,711.89 | $712,922.38 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $971.39 | $711,950.99 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,058.45 | $710,892.54 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,022.77 | $709,869.77 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,055.37 | $708,814.40 |
| 06/21/18 | 16 | HSBC Bank USA N.A.<br>P O Box 1145<br>Buffalo, NY 14240 | Turnover of funds in Debtor's HSBC Domestic Account<br>HSBC provided a letter with the check, but no accounting as to which accounts the funds came. Trustee believes funds came from HSBC Australia to HSBC America. | 1129-000 | $81,692.09 | | $790,506.49 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,055.08 | $789,451.41 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $81,692.09 | $16,128.61 |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-33185
Case Name: Peter Szanto

Taxpayer ID No: XX-XXX1767
For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4977
Checking
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,173.77 | $788,277.64 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,171.96 | $787,105.68 |
| 09/12/18 | 104 | Williams Kastner Greene Markley<br>1515 SW Fifth Avenue<br>Portland, OR 97201 | Order Approving Interim Fees<br>Court entered order approving interim fees to attorney for trustee. see DKT #577 | | | | $89,095.62 | $698,010.06 |
| | | Williams Kastner Greene Markley | Order Approving Interim Fees | ($87,250.00) | 3110-000 | | | |
| | | Williams Kastner Greene Markley | Order Approving Interim Expenses | ($1,845.62) | 3120-000 | | | |
| 10/22/18 | 19 | Bank Of America | payment in Arnot v. Yankee Trust Corp<br>Payment to the estate in response to demand for turnover on Bank of America of $53,101.11. Bank was holding until resolution of Arnot v. Yankee Trust Corp Turnover of Funds. | | 1149-000 | $53,101.11 | | $751,111.17 |
| 10/29/18 | 19 | E*Trade<br>P O Box 484<br>Jersey City, NJ 07303-0484 | Turnover of Funds in Arnot v. Yankee Trust determining funds are property of estate | | 1149-000 | $31,326.66 | | $782,437.83 |
| 01/07/19 | 105 | Stephen Arnot<br>P O Box 1963<br>Lake oswego, OR 97035 | Interim distribution to chapter 7 trustee<br>Trustee filed a request for interim distribution for his trustee commission in the amount of $20k, despite the total commission of approx $43k, to date. see order approving interim payment DKT 638. | | 2100-000 | | $20,000.00 | $762,437.83 |
| 01/17/19 | | Rajah & Tann Singapore LLP<br>9 Battery Road #25-01<br>Singapore 049910 | Retainer Deposit Per Court Order (Dkt #626) | | 3210-000 | | $10,000.00 | $752,437.83 |
| | | | Page Subtotals: | | | $84,427.77 | $121,441.35 | |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-33185
Case Name: Peter Szanto

Taxpayer ID No: XX-XXX1767
For Period Ending: 03/25/2019

Trustee Name: Stephen Arnot
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4977
Checking
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/19 | 106 | Sheryl Gillett<br>220 Newport Center Drive #11-613<br>Newport Beach, CA. 92660 | Initial fee to appriaser to inventory property<br>initial retainer of $1,000 to appraiser to inspect and prepare and inventory.<br>thereafter, subsequent order for appraisal fee will be filed | 3610-000 | | $1,000.00 | $751,437.83 |
| 03/25/19 | | Associated Bank | bank service charge under 11 USC 503(b)1 | 2600-002 | | $80.00 | $751,357.83 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $891,919.93 | $140,562.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $891,919.93 | $140,562.10 |
| Less: Payments to Debtors | $0.00 | $1,194.00 |
| Net | $891,919.93 | $139,368.10 |

| Page Subtotals: | $0.00 | $1,080.00 |
|---|---|---|

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4977 - Checking | $891,919.93 | $139,368.10 | $751,357.83 |
| | $891,919.93 | $139,368.10 | $751,357.83 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $891,919.93 |
| Total Gross Receipts: | $891,919.93 |

Trustee Signature: /s/ Stephen Arnot Date: 03/25/2019

Stephen Arnot
P.O. Box 1963
Lake Oswego, OR 97035
(503) 227-5033

Page Subtotals: $0.00 $0.00