| | | |
|---|---|---|
| 03/28/2019 | **THURSDAY** | Judge Peter C McKittrick |
| 1:00 PM 16-33185 pcm 7  bk | **Peter Szanto** | |

**Final Relief from Stay**
**11 Shore Pine Dr.**
**Creditor JPMorgan Chase Bank, Nat'l Assoc (671)**

Peter Szanto - db  X

JPMorgan Chase Bank, National        HOLGER UHL
                                     GADI SHAHAK

Evidentiary Hearing:   Yes: ☐   No: ☒ XX

**The court heard testimony and agrument and took the matter under advisement.**

**The court will schedule a continued phone hearing to rule.**

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:   03/29/19
Case 16-33185-pcm7   Doc 706   Filed 03/28/19