Stephen P. Arnot, OSB #070765
WILLIAMS, KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re Peter Szanto,<br><br>   Debtor. | Case No. 16-33185-pcm7<br><br>NOTICE OF WITHDRAWAL AS ATTORNEY |

  PLEASE TAKE NOTICE that Stephen P Arnot, of Williams Kastner Greene & Markley, hereby withdraws as attorney of record to the former chapter 7 trustee, Stephen P. Arnot, in the above case.

  Dated: March 29, 2019

            /s/ Stephen P. Arnot
            Stephen P. Arnot, OSB #070765
            Attorneys for Trustee
            WILLIAMS, KASTNER GREENE & MARKLEY
            1515 SW Fifth Avenue, Suite 600
            Portland, OR 97201-5449
            Telephone: (503) 228-7967
            sarnot@williamskastner.com

Page 1 - NOTICE OF WITHDRAWAL AS ATTORNEY  **Williams Kastner Greene & Markley**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

6805188.1  Case 16-33185-pcm7  Doc 708  Filed 03/29/19