Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. Bankruptcy Court
## District of Oregon
### 1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500

| In Re Peter Szanto, Debtor | # 16 –bk-33185 pcm7 |
| --- | --- |
| | DEBTOR'S Notice of Motion and Motion to Extend the Time of the Hearing Regarding Decision on Relief From Stay Motion |
| | **HEARING REQUESTED** |

May it please this Honorable Court.

To the creditors, their counsel and the U.S. Trustee, please take notice, debtor Peter Szanto, herewith and hereby makes motion to extend the time of the hearing set for 4-3-19, whereat JPMorgan's Relief from Stay Motion will be decided.

16-bk-33185         Motion to Extend Time of Decision as to  Relief from Stay Motion – pg. 1

## 1. Debtor's Certification Relating to Pre-filing Conferral (Certification Pursuant to LBR 7007-1 (a))

On 3-29-19, Debtor telephoned attorneys Cunningham and Shahak who both represent JPMorgan Chase. Mr. Cunningham responded by e-mail that he did not want to converse. Mr. Shahak has not responded.

Thereupon, pursuant to LBR 7007-1(a)(1)(A): a good faith effort at resolution was made, but the parties were unable to resolve the conflict as to the issues which are the subjects of this motion, because neither of the attorneys was prepared to act on behalf of their client.

I certify under penalty of perjury under the laws of the United States, that foregoing is true and correct. Signed at Irvine CA

Dated 4/1/ 2019    /s/ *signed electronically* Peter Szanto

## 2. NOTICE PER LBR 9013-1(b)

**Notice!!! If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than 14 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection**

16-bk-33185    Motion to Extend Time of Decision as to Relief from Stay Motion – pg. 2

must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at ** 1050 SW 6th Ave – Room #700 Portland OR 97204 ** by the deadline specified above or it may not be considered. You must also serve the objection on Peter Szanto at 11 Shore Pine, Newport Beach CA 92657 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

## 3. FACTS

At the hearing of 3/28/19 Chase revealed that it did not posses the note evidencing its claims made against debtor.

Debtor contends that without the ability to prove its claim against debtor, Chase cannot seek relief from the 11 USC § 362 stay, because there is no foundational claim upon which to base relief.

Debtor has perfected an application asking this Court, forthwith, to reconsider approval of Chase's claim. And deny that claim in its entirety.

Decision as to the relief from stay motion would be premature and erroneous if Chase's claim is to be denied. Thereupon, an extension is appropriate.

16-bk-33185      Motion to Extend Time of Decision as to Relief from Stay Motion – pg. 3

## 4. MEMORANDUM

FRBP Rule 9006(b)(1) is the rule which allows for enlargement and extension of time and provides (no local alters this rule):

> *"In general.* **Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."**

The decision on the stay application is set for 4/3/19. Debtor is making application for extension prior to that time.

### a. *Good Cause: Motion to Reconsider May Vacate Basis for Relief from Stay*

The first good cause for extension is that debtor has perfected an application to vacate allowance of Chase's claims.

16-bk-33185        Motion to Extend Time of Decision as to Relief from Stay Motion – pg. 4

If Chase's claims are denied, there will be no basis for relief from stay.

Thus, it would be premature granting relief from stay to a creditor who has no claim.

### 5. Declaration

1. My name is Peter Szanto.

2. I am the debtor herein.

3. This is my truthful declaration relating to the need for an extension as to the decision about the Motion for Relief from Stay.

4. I have made application to deny Chase's claims against me.

5. It would be premature to decide Chase's relief from stay motion without deciding the validity of Chase's claim.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 4/1/ 2019   /s/ *signed electronically* Peter Szanto

16-bk-33185             Motion to Extend Time of Decision as to  Relief from Stay Motion – pg. 5

## 6. Conclusion

For the reasons enumerated, and other reasons to be explained at the hearing, debtor prays extension of the time of decision as to relief from stay until decision on denial of Chase's claim.

Respectfully,

Dated 4/1/ 2019     /s/ *signed electronically* Peter Szanto

16-bk-33185         Motion to Extend Time of Decision as to Relief from Stay Motion – pg. 6

## **PROOF of SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within: **Motion** on the following by placing in postage pre-paid envelopes of the within document and mailing same:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101

b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618

c. JPMorgan Chase Bank, represented by: Gadi Shahak c/o Shapiro & Sutherland

        1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204

e. Oregon Department of Revenue, 955 Center St., Salem OR 97301

f. Chapter 7 Trustee, Stephen P Arnot, PO Box 1963, Lake Oswego OR 97035

g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657

h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 4/1/ 2019     /s/ *signed electronically* M. Reynolds

16-bk-33185         Motion to Extend Time of Decision as to  Relief from Stay Motion – pg. 7