# CHASE

Mail Code OH4-7399
PO BOX 182613
Columbus, OH 43218

49200 MWD Z 06719 C - BRE TI
PETER SZANTO
11 SHORE PINE
NEWPORT COAST CA 92657-1544

| Statement date 03/08/2019 | |
|---|---|
| Next payment date | Next payment amount |
| 04/01/2019 | $549,312.67 |

We are providing more details for customers who have filed for bankruptcy, including those discharged of personal liability. We may also show if someone with interest in the property has filed bankruptcy.

## Mortgage information

| | |
|---|---|
| Account number | |
| Property address | 11 Shore Pine Dr |
| | Newport Beach, CA 92657 |
| Original principal balance | $1,000,000.00 |
| Unpaid principal balance[1] | $1,086,904.81 |
| Capitalized interest balance | $88,344.82 |
| Interest rate (Until 06/2009) | 4.06300% |
| Escrow balance | ($185,809.16) |
| Unapplied funds | $2,939.03 |
| Bankruptcy status: 7 | ACTIVE |
| Maturity date | 11/2043 |

## Past payments breakdown

| | Paid since last statement | Paid year-to-date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Unapplied funds | $0.00 | $2,939.03 |
| Total | $0.00 | $2,939.03 |

## Explanation of payment amount

| | |
|---|---|
| Principal | $1,246.84 |
| Interest | $3,497.74 |
| Escrow | $15,484.09 |
| Regular monthly payment | $20,228.67 |
| Prior fees/charges | $0.00 |
| New fees/charges | $0.00 |
| Total unpaid as of 03/08/2019 | $529,084.00 |
| Total payment amount | $549,312.67 |

A

## Resources


Call customer service  1-866-243-5851 (24/7 automated line)
Monday - Friday     7 a.m. - 6 p.m. (CST)


Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-855-280-4198 o visita www.chase.com/Statement

