| 04/10/2019 | WEDNESDAY | Judge Peter C McKittrick |
|---|---|---|

1:30 PM  16-33185 pcm 7   bk   Peter Szanto

**Oral Ruling re: Motion for Relief from Stay in re: 11 Shore Pine Dr. Filed by Creditor JPMorgan Chase Bank, National Association (671)**

Peter Szanto - db  x

JPMorgan Chase Bank, National   GADI SHAHAK   & Holger Uhl

Candace Amborn - tr   Martin Smith - UST

Evidentiary Hearing:   Yes: ☐   No: ☒

**Relief Granted effective October 15, 2019 for reasons stated on the record.**

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☒ Mr. Uhl

DOCKET ENTRY:

Run Date:   04/10/19