FROM-- Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657                                                   5th May 2019

**TO: His Honor Judge McKittrick,**

U.S. Bankruptcy Court
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

# CASE: 16-bk-33185

Your Honor -

    I am writing by way of apology for the extreme annoyance which I might have expressed at the hearing of May 1st.

    However, the amount of intentional misdirection the Court tolerates from counsels Henderson, Arnot and Blackledge is **outrageous and absurd**.

    Hopefully, the Court caught the irony of the May 1st hearing.

    **I applied for an evidentiary hearing**. I intended zealously to question Mr. Arnot and Mr. Blackledge regarding the manner in which they have "milked" and misappropriated more than $750,000 from my estate.

    Rather than an evidentiary hearing where testimony is elicited from the parties and witnesses – your honor **testified** as to what great a work of annotation had been submitted. "Very best in 3o years," I believe you said.

16-bk-33185          Correspondence – Demand for Money – pg. 1

*page 2-*

Thereafter, Mr. Arnot **testified** about the difficulty of his efforts because I, the debtor, sought to protect my rights and post-petition property.

Mr. Blackledge **testified** further that the reason that he was justified in his demand for what has now reached $250,000 of Court approved payments is just that I have challenged each and every effort by the Trustee for more compensation.

Of course, Mr. Blackledge did not mention the 1 ½ hours of time which he charged the estate for the part of one telephone call wherein he related all about the horrible death of his daughter. Likewise, there was only silence as to his work career in and around Singapore – another hour charged to the estate. Also, Mr. Blackledge has made charges to the estate for the many, many times he has emphasized the strength of his friendship with the Court and also the braggadocio that he is a very honest man.

Unfortunately, contrary to the standards of American justice, none of this triumvirate of testimony was allowed to be rebutted by cross-examination or through **my testimonial** response to what I characterize as the trustee and his counsel's thievery, intentional abuse of Bankruptcy process and deliberate fabrications of time spent on this case.

In sum, I still suggest that complete investigation of the fictional account which seeks to extract, what now reaches $250,000, from my estate is unquestionably appropriate.

Most Respectfully,

Dated May 5 / 2019  /s/ *signed electronically* Peter Szanto

16-bk-33185  Correspondence – Demand for Money – pg. 2

## PROOF of SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within:

### Correspondence

on the following by placing in postage pre-paid envelopes of the within document and mailing same:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101

b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618

c. JPMorgan Chase Bank, represented by: Gadi Shahak c/o Shapiro & Sutherland
    1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204

e. Oregon Department of Revenue, 955 Center St., Salem OR 97301

f. Chapter 7 Trustee, Stephen P Arnot, PO Box 1963, Lake Oswego OR 97035

g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657

h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

   Dated 5/5/ 2019    /s/ *signed electronically*  M. Reynolds

16-bk-33185          Correspondence – Demand for Money – pg. 3