| | | | |
|---|---|---|---|
| Patient Name: | Peter Szanto | Procedure Date: | 6/13/2019 7:10 AM |
| MRN: | | Date of Birth: | |
| Admit Type: | | Age: | |
| Room: | | Gender: | |
| Note Status: | Finalized | | |

**Procedure:**
**Indications:**
**Providers:** MD, MD (Anesthesiologist)
**Referring MD:**
**Medicines:** Monitored Anesthesia Care
**Complications:**

**Procedure:** After I obtained informed consent, passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The scope (6915) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve.



The Colon

**Findings:**
- in the sigmoid colon.
- The terminal ileum
- angiodysplastic lesion ascending colon.
- during retroflexion.

**Impression:** in the sigmoid colon.
- The examined portion of the ileum
- angiodysplastic lesion.

**Recommendation:** - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed

Powered by Provation MD

Case 16-33185-pcm7   Doc 744-1   Filed 06/24/19

 SURGERY CENTER
AN AFFILIATE OF SCA



## Patient Instructions

**Patient:** Peter Szanto
**MRN:**
**Procedure Date:** Thursday, June 13, 2019
**Attending MD:** ▒▒▒▒ MD

If you have any questions or problems please call ▒▒▒▒ MD at .

Following sedation your judgment, perception and coordination are considered impaired for up to twelve hours after leaving the center.

Therefore:
- Do not drive or operate a vehicle or machinery for 24 hours.
- Do not sign legal documents or make critical decisions.
- Do not drink alcoholic beverages for 24 hours.
- Plan to spend a few hours resting before resuming your normal routine.

The findings during your procedure include:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Your Doctor has made the additional recommendations:
You have a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with you. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ Written discharge instructions were provided to you.
You are being discharged to home.
Resume your previous diet.
Continue your present medications.
Your physician has recommended a ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
Return to my office.
Return to your referring physician.

Please call your physician in the event that you experience any of the following:

  Fever > 101 (orally)
  Persistent nausea or vomiting
  Severe abdominal distention and/or pain (mild distention and/or cramping is normal for a couple hours)
  Rectal bleeding (more than streaking)

_____   _____
Nurse Signature             Date/Time

_____   _____
Witness/Driver              Date/Time



Peter Szanto



<a





Case 16-33185-pcm7    Doc 744-1    Filed 06/24/19

ID/Visit: 512197-1  DOS: 06/13/2019
SZANTO, PETER  SEX: M
DOB: [redacted]  AGE: [redacted]
DR. [redacted] MD

 Surgery Center

# PATIENT RECONCILIATION MEDICATION LIST
Home Medication List is as provided by Patient
(Including prescriptions, over the counter, herbals, vitamins and birth control pills or patch.)

**ALLERGIES:** none

After Surgery Continue all medication unless otherwise indicated. Contact Physician with any questions.

| Last dose Date | Time | Medication Name | Dose/Route/Frequency/Comments |
|---|---|---|---|
| 6/13/19 | 1 AM | [redacted] | |
| | 2:30 AM | [redacted] | |
| | 4:30 AM | [redacted] | |
| | 6:30 AM | [redacted] | |

## FACILITY USE ONLY
Steroid Injection given in operating room ☐

Allergy/Medication List Reviewed and Verified with [redacted] Other _____ on day of service as current and complete: _____ (Nurse signature)

### Additional Home Medications for Patient Discharge

| Medication Name | Dose/Route/Frequency/Comments | Last Dose | Rx Given? |
|---|---|---|---|
| | no new meds | | |

**Additional Information:** _____

Reviewed with patient _____ (Nurse signature)
A copy of this form provided to the patient upon discharge for educational purposees only