| 11/05/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**10:00  16-33185 pcm 7  bk  Peter Szanto**

**Rescheduled Hearing re: Objection to Claim 9 of Evye Szanto(780), Objection to Claim 3-21 of Department of the Treasury - Internal Revenue Service(826), Objection to Claim 13 of Barbara Szanto Alexander (784), Objection to Claim 12 of Nicole Szanto(783), Objection to Claim 8 of Victor Szanto (779), Objection to Claim 10 of Anthony and Mariette Szanto(781), Objection to Claim 11 of Kimberley and Austin Bell(782)**

Peter Szanto - db   x

United States of America (IRS) - cr   BORIS KUKSO  x

Candace Amborn - tr            GARY L BLACKLIDGE

                               N Henderson - A. Szanto, et al

Evidentiary Hearing:   Yes: ☐   No: ☒

**IRS records show debt is still outstanding for 2007 and 2009. 2010 is paid.**

**Debtor has 28 days, 12/3 to provide the court with evidence of payment.**

**The court will enter order that summarizes the claims, and defenses that will be heard for each claimants proof of claim, as well as any objections the court has overruled. The court to also set out briefing schedule in order.**

**Continued hearing - 1/7 @ 10:00 via Tel.**

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers  ☐

DOCKET ENTRY:

Case 16-33185-pcm7    Doc 843    Filed 11/05/19