Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. Bankruptcy Court

## District of Oregon

*1050 SW 6th Ave #700 Portland, OR 97204 (503) 326-1500*

| | |
|---|---|
| **In Re Peter Szanto,**<br><br>Debtor | **# 16 –bk-33185 pcm7**<br><br>**DEBTOR'S Unopposed Motion to Postpone Hearing of 11/26/19** |

## 1. Debtor's Certification Relating to Pre-filing Conferral (Certification Pursuant to LBR 7007-1 (a))

Pursuant to the Local Rule regarding conferral, Debtor contacted the counsel for Bank of America, Mr. Scott, regarding postponement of the hearing of 11-26-19 [EXHIBIT A]. Mr. Scott was in agreement that the current date of 11-26-19 was inconvenient for him as well [EXHIBIT B].

Thereupon, the parties agree that the 11-26-19 hearing should be postponed.

16-bk-33185                              Motion –                              pg. 1

I certify under penalty of perjury under the laws of the United States, that foregoing is true and correct. Signed at Irvine CA

Dated 11/19/ 2019   /s/ *signed electronically* Peter Szanto

## 2. FACTS

The parties agree that the 11-26-19 hearing regarding relief from stay is inconvenient for them both and so Debtor makes this unopposed motion for postponement.

## 3. MEMORANDUM

11 USC § 105 empowers this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

Here, what the Court is requested to do is postpone the hearing of 11-26-19 because both sides are otherwise previously obligated and are unable to attend.

Debtor's inability to attend the hearing of 11-26-19 rises to the level

of an impossibility, because he will be travelling by air, cross-country, the entire day and will not even have access to phone service.

## 4. Conclusion

For the reasons enumerated, and other reasons to be explained by testimony at any hearing which may be scheduled, Debtor prays for an unopposed postponement of the hearing of 11-26-19.

Respectfully,

Dated 11/19/ 2019   /s/ *signed electronically* Peter Szanto

## **PROOF of SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within: **Motion** on the following by placing in postage pre-paid envelopes of the within document and mailing same:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan BofA Bank, represented by:
      Gadi Shahak c/o Shapiro & Sutherland
      1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683
d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, Ms Amborn, PO Box 580, Medford, OR 97501
g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657
h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 11/19/ 2019    /s/ *signed electronically* M. Reynolds

16-bk-33185                        Motion –                      pg. 4