Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER ABATING BRIEFING SCHEDULE |
| ) | FOR CLAIM NUMBERS 8-13 |
| Debtor. ) | |

In a letter dated November 26, 2019, Doc. 854, the Court, among other things, established a schedule for Mr. Henderson and Mr. Szanto to brief certain preliminary questions with regard to the above referenced claims filed in this chapter 7 case.  Thereafter, on December 4, 2019, the Court received a letter from Mr. Henderson (Mr. Henderson's Letter). Doc. 859.  The Court intends to set a hearing to address certain issues raised by Mr. Henderson's Letter, which hearing will be separately noticed.  In the interest of judicial efficiency and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule set forth in the Court's letter dated November 26, 2019, for claim numbers 8-13 is ABATED

Page 1 -   ORDER ABATING BRIEFING SCHEDULE FOR CLAIM NUMBERS 8-13

until further order of the Court.

### 

cc:  Peter Szanto (via ECF)
     Nicholas J. Henderson (via ECF)
     Chapter 7 Trustee (via ECF)

Page 2 -   ORDER ABATING BRIEFING SCHEDULE FOR CLAIM NUMBERS 8-13