Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. Bankruptcy Court

### District of Oregon
*1050 SW 6th Ave #700 Portland, OR 97204 (503) 326-1500*

| | |
|---|---|
| In Re: Peter Szanto,<br>**Involuntary Debtor**<br>-----------------------------------------<br><br>Peter Szanto, Defendant<br>                                 VS<br>Evye Szanto, et al,<br>                                 Plaintiffs | CASE # 16-bk-33185-pcm7<br><br>**Peter Szanto's Notice of Motion**<br>**and Motion to Extend Time of**<br>**1-7-2020 Hearing** |

## 1. Plaintiff's Certification Relating to Pre-filing Conferral (Certification Pursuant to LBR 7007-1 (a))

On December 27th 2019 and January 2nd 2020 Debtor twice, at separate times, sought conferral with prevailing parties' counsel Mr. Henderson regarding an extension of time regarding the hearing scheduled for 1-7-2010.

At Mr. Henderson's law firm, Debtor's calls went to voice mail or message taking secretaries. Debtor stated that he was asking for a return phone call to discuss the matters discussed herein. Debtor sought actually to speak with counsel, because of the grave and urgent importance of the

16-33185 / 16-3114     MOTION TO EXTEND TIME OF 1-7-20 HEARING          – p. 1

matters herein. Since those calls by Debtor, no counsel has called, nor even tried to call Debtor.

Therefore, pursuant to rule **LBR 7007-1 (a)**, Debtor has sought conferral so as to resolve the issues to be presented here, but has been unsuccessful in resolution of the matter at issue without Court involvement.

I certify under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Signed at Irvine CA.

DATED January 5, 2020  /s/ *Signed electronically* Peter Szanto

## 2. NOTICE PER LBR 9013-1(b)

Notice!!! If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than 14 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at ** 1050 SW 6th Ave – Room #700 Portland  OR 97204 ** by the deadline specified above or it may not be considered. You must also serve the objection on Peter Szanto at 11 Shore Pine, Newport Beach CA 92657 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

16-33185 /  16-3114     MOTION TO EXTEND TIME OF 1-7-20 HEARING         – p. 2

### 3. Notice

To the Court, Victor Szanto, Anthony Szanto, Barbara Alexander and the other parties to this action and their counsels, please take **notice**, comes now Debtor seeking an extension of time regarding the hearing of 1-7-20 to ask that said hearing be rescheduled until **1-28-20**.

### 4. Facts and Memorandum

Debtor has now been clipped by this Court for $340,000 in this case; scammed for $225,000 to Judge McKittrick's close personal friends Arnot and Blackledge for non-existent and fabricated legal fees; allowed by Judge McKittrick to suffer the theft of $165,000 of household furnishings and personal property for which the Court did not require Mr. Arnot to make any accounting; suffered the loss of $500,000 value of his securities of his estate by Mr. Arnot's incompetence and malfeasance in office; seen the devastation of his wife by further Arnot expropriation of his wife's separate property in an amount of more than $1,000,000 which Judge McKittrick did not protect due to Susan Szanto's emergency hospitalization; suffered Arnot's total expropriation of $400,000 of testamentary assets which sought to provide for Debtor's children; been denied the public right (no doubt by Judge McKittrick running open field blocking) to abrogate Debtor's absolute right of making public comment at Arnot's review for public office.

Obviously this immense quantum of misery for Debtor appears not to be enough for Judge McKittrick. The infliction of even more misery

16-33185 / 16-3114    MOTION TO EXTEND TIME OF 1-7-20 HEARING    – p. 3

is on the way in the form of a hearing scheduled for 1-7-2020.

Debtor asks for relief from that hearing such that it be postponed for 3 weeks. The reason for this is that Debtor – in the face of the **absolute extermination** that proceedings in this Court have become – does not believe he can control himself from **extreme and very vocal comment** at the hearing.

Rather than suffer the embarrassment of making comments to a judicial officer who simply is oblivious to the misery he has caused Debtor in the last 4 years, Debtor seeks a postponement so that no one shall be embarrassed or offended.

Debtor contends the provisions of 11 USC § 105 provide ample justification for such a postponement.


### a. *Lack of Jurisdiction / Forfeiture of Jurisdiction*

Debtor contends further that the immensity of Judge McKittrick's hatred, bias and personal disdain for Peter Szanto have irrevocably caused the total and complete forfeiture of all of Judge McKittrick's jurisdiction in this matter.

The reason for forfeiture of jurisdiction is because judicial hatred and bias can never be part of any litigation. Every party to an action is entitled to "due process right to a fair trial before an unbiased judge."

*Citizens United v. FEC* (2010) 558 U.S. 310, 360. Also, a "fair trial in a fair tribunal is a basic requirement of due process." *In re Murchison* (1955) 349 U.S. 133, 136.

### 1. **More Hate**

Moreover, even at the very 1st hearing of this matter in 2016, Judge McKittrick did in fact show his unremitting bias and hatred for Szanto by asking: **"What type of name is Szanto?"**

In this great country of ours, where there are countless oddball and unusually spelled names – a judge has absolutely no business asking what type of name any litigant has.

**THE FACT THAT THIS WAS McKITTRICK'S INTENSE AND VERY PERSONAL BIAS AND HATE IS CLEARLY DEMONSTRATED BY THE BETTER ALTERNATIVE FOR THIS QUESTION:**

A GOOGLE search of "what type of name is Szanto," in .35 second returns the response:

> **About 1,670,000 results (0.35 seconds)**
> **Search Results**
> **Featured snippet from the web**
> **Last name: Szanto**

**Recorded as Szanto and Szantho, this is a surname of Hungarian and Askenasic medieval origins. It derives from the word 'szant' meaning to plough, and hence was an occupational surname for a farmer or minor landowner.**

Here, if Judge McKittrick really sought to know the ethnic origin of Szanto, he could have GOOGLED it. Instead, the better alternative was to embarrass Debtor!! Like Debtor is a freak whose name is odd.

## 2. <u>Even More Hate</u>

Another good example of Judge McKittrick's intense hate occurred when Szanto characterized Evye Szanto as a crackerjack neurologist.

Judge McKittrick had a complete conniption when he heard Szanto utter the word crackerjack.

In point of fact, **every** Dictionary recognizes the word crackerjack as positive and complimentary.

This adds further to the immensity of Judge McKittrick's intense loathing and blatant bias against Szanto, because Szanto cannot even use normally accepted words in normally accepted fashion before Judge McKittrick. This also undermines Debtor's ability to obtain the benefit of his Constitutional rights to due process of law, because Judge McKittrick has even banned the normal and ordinary words used by Szanto.

## 3. <u>HATRED BEYOND ALL BOUNDS OF RATIONALITY</u>

Judge McKittrick has often expressed his intense revulsion and animosity towards my appearance. Hundreds of times Judge McKittrick has stated on the record that he despises my demeanor.

No one on planet Earth is an expert in demeanor analysis. There is no such area of study, there are no degrees, there are zero standards which accurately assess or quantify appearance.

Judge McKittrick commentary on my demeanor is pure and intense hatred mesmerized from facts which do not exist.

This an important element of evidence in this case, because it clearly demonstrates that Judge McKittrick will do anything and everything to harm and hurt me without the need for facts, truth or logic.

## 4. <u>NONSENSICAL HANDWRITING ANALYSIS CONTRARY TO ALL LAW, TRUTH, EVIDENCE OR ACTUAL FACTS</u>

100% of handwriting analysists (not judges who seek to adjudicate without facts) agree that block printed handwriting defies analysis.

Nonetheless, without confronting Szanto with evidence of any allegation, Judge McKittrick decided that certain printed script must have been written by Szanto.

The true and well known undisputed scientific facts that family members often write in some similar manner did not matter nor dawn on Judge McKittrick – that perhaps Szanto's son or daughter printed some document on an occasion when Szanto was present in Judge McKittrick's court 1000 miles away from where the alleged writing occurred.

This is because Judge McKittrick's murderous rage towards Szanto is so intense that facts, truth and law are no longer relevant factors in Judge McKittrick's court.

### 5. Declaration of Peter Szanto

1. My name is Peter Szanto and this is my truthful declaration.

2. **I verify that all of the statements made in this application are true of my own personal knowledge or are based on sources and evidence which I believe to be true.**

3. **I do not intend to embarrass myself at future hearings with Judge McKittrick by making comment about matters the truth of which Judge McKittrick is oblivious and unconcerned.**

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Signed at Irvine CA.

DATED 3 January 2020 /s/*signed electronically* Peter Szanto

16-33185 / 16-3114    MOTION TO EXTEND TIME OF 1-7-20 HEARING    – p. 8

## **6. Conclusion**

Debtor asks for an extension of time regarding the hearing of 1-7-20 until **1-28-20** for the good causes stated.

.

    Respectfully,

    DATED  <u>3 January 2020</u>   /s/*signed electronically* Peter Szanto

# **PROOF OF SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623.

On the date indicated below, I personally served the within: **Motion** on the following by placing the within document in postage pre-paid envelope addressed as:

>  **Troy G. Sexton**
> **Nicholas J. Henderson**
> care of
> Motschenbacher & Blattner
> 117 SW Taylor St., Suite 300
> Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

<u>3 January 2020</u> /s/*signed electronically* M. Reynolds