Peter Szanto  949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. Bankruptcy Court

### DISTRICT OF OREGON
1050 SW 6th Ave #700 Portland, OR 97204 (503) 326-1500

| In Re Peter Szanto, | # 16 –bk-33185 pcm7 |
|---|---|
| Debtor | Peter Szanto's NOTICE of AMENDMENT of BANKRUPTCY PETITION |

**To the Court, the Trustee and the Creditors PLEASE TAKE NOTICE:**

**Peter Szanto, herewith and hereby under the mandatory authority and provisions of FRBP 1009:**

(a) General right to amend. A voluntary petition, list, schedule, or statement may be amended by the debtor as a matter of course at any time before the case is closed. The debtor shall give notice of the amendment to the trustee and to any entity affected thereby.

16-bk-33185        NOTICE of AMENDMENT                pg. 1

Case 16-33185-pcm7    Doc 870    Filed 01/06/20

**now amends, as a matter of his absolute right, any and all previous, preliminary, former or any other such Bankruptcy petition(s) which were filed in error, by mistake, through inadvertence, because of excusable neglect, some ramification or manifestation of Peter Szanto's mentally incapacity / infirmity due to his terminal cancer which include (but are not limited to) delirium, hallucination, psychosis, dementia or some other mental aberration which caused Szanto to believe, in error, that proceedings in this Oregon Bankruptcy Court would be fair, just, equitable or in conformance with United States law.**

**This amendment herein evidences that Szanto no longer seeks nor desires nor asks nor wishes nor qualifies for Title 11 relief of any sort.**

### *Verification*

I, Peter Szanto, verify that all statements made herein are known by me to be true, or rely on information I have received which I believe to be true. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine, California.

DATED Dated 1/6/2020   /s/ *signed electronically*  Peter Szanto

16-bk-33185           NOTICE of AMENDMENT                    pg. 2

Case 16-33185-pcm7    Doc 870    Filed 01/06/20

## **PROOF of SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within:

### **NOTICE of AMENDMENT**

on the following by placing in postage pre-paid envelopes of the within document and mailing same:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan BofA Bank, represented by:
      Gadi Shahak c/o Shapiro & Sutherland
      1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683
d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, Ms Amborn, PO Box 580, Medford, OR 97501
g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657
h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205
by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 1/6/2020   /s/ *signed electronically* M. Reynolds

16-bk-33185      NOTICE of AMENDMENT      pg. 3