Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                ) Case No._____
                                       )
                                       ) **Application to Employ Attorney,**
                                       ) **Attorney Certification,**
Debtor(s)                     ) **And Order Thereon**

The undersigned trustee applies to employ_____,
OSB# _____, whose address is_____,
as attorney to assist in the estate's administration, and certifies that:

1. The proposed method of compensation (e.g., hourly rate) is:

2. The trustee estimates that the total legal fees for services to the estate will be $ _____. If the estimate is $15,000 or greater, the trustee represents that proposals to provide the services were solicited from at least two different firms and such proposals were considered in view of the trustee's fiduciary duty to economically administer the estate.

3. The trustee will require the assistance of the attorney to provide the following legal services:

   a. Discrete matters (for each matter, describe the matter and the potential benefit to the estate).

b. Incidental legal services to the trustee regarding the administration of the estate. Fees for the services shall not exceed the greater of $1,000 or 10% of the total compensation requested by the attorney.

4. The trustee selected the above-named attorney because:

5. To the best of the trustee's knowledge, the attorney has no connections with the entities listed in the verification below, except as described therein.

Date: _____        _____
                                                                Trustee

I, the attorney named above, verify that:
1) I will be the trustee's expert witness in the Singapore Case;
2) I have read 11 U.S.C. § 101(14) and § 327, and FRBP 2014(a); and
3) my firm has no connections with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge, except as follows:

Date: _____        _____
                                                  Attorney at Law                    OSB #

The undersigned, _____, certifies that on _____ this application was submitted to the court.

                                                            _____
                                                                Signature

**IT IS ORDERED** that employment of the above-named attorney is authorized retroactively to the date upon which the application was submitted to the court as certified above; and that compensation of the attorney will be authorized upon compliance with local procedures and subject to review pursuant to 11 U.S.C. § 330.

###

## Attachment to Application to Employ Attorney

Lane Powell PC ("Lane Powell") researched its conflicts database to determine whether it had any connections with Debtor, Debtor's creditors or other parties in interest.

Lane Powell represents the following creditors on matters unrelated to this bankruptcy case: American Express National Bank, and JPMorgan Chase Bank NA.

Lane Powell is adverse to the following creditors on matters unrelated to this bankruptcy case: Bank of America, Bennington Moshofsky PC, Internal Revenue Service, and Oregon State Department of Revenue, Bankruptcy Unit.

Lane Powell will not be performing any work with respect to the review, audit or objection to the claims of the foregoing creditors or any other creditors as the scope of Lane Powell's employment is limited to the discrete expert witness matter identified in the employment application.

Lane Powell also serves as special counsel to Candace Amborn as bankruptcy trustee of the estate of *Gerald Douglas Young and Julie Ann Young*, Case No. 19-61635-tmr7, in the United States Bankruptcy Court for the District of Oregon, which case has no relation or connection to the *In re Szanto* Chapter 7 proceeding.

Before Judge Peter C. McKittrick became a Bankruptcy Judge, Brad T. Summers, who is now a Lane Powell attorney, represented him as Trustee in several matters. Before Judge Trish M. Brown became a Bankruptcy Judge, she was an attorney with Lane Powell and some Lane Powell attorneys have maintained personal friendships with her.

Attorneys and staff at Lane Powell may be current or former employees of creditors or other parties in interest and may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money market relationships with creditors or other parties in interest. Attorneys and staff at Lane Powell may have relatives or spouses who are members of law firms involved in this case or who are employed by creditors or other parties in interest. Other than with respect to the United States Bankruptcy Court for the District of Oregon and the Office of the U.S. Trustee, Lane Powell has conducted no investigation of its attorneys' or staff members' employment, banking, insurance, brokerage or investment activities or familial connections in preparing this statement.