Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER DENYING DOC. |
| ) | 889 |
| ) | |
| Debtor. ) | |

The trustee in this chapter 7 case (the Trustee) is pursuing litigation in Singapore relating to the enforcement of this court's October 2, 2018, order finding Debtor in contempt (the Contempt Order). The Contempt Order requires, among other things, that Debtor sign documents authorizing HSBC Bank Singapore Ltd. (HSBC) to release information to the Trustee and assist the Trustee in obtaining turnover of all property of the bankruptcy estate that Debtor transferred to and/or was on deposit with HSBC. It is clear from the docket in this case, that Debtor has filed numerous motions seeking to undermine the Trustee's efforts in Singapore.

Debtor now has filed a motion captioned Peter Szanto's Notice of

Page 1 - ORDER DENYING DOC. 889

1  Motion and Motion for: 1) Restraint of Trustee's Actions Against Peter
2  Szanto in Singapore 2) Sanctions Based on Intentional Infliction of
3  Emotional Distress 3) Sanctions Based on Knowing and Purposeful Abuse of
4  Process 4) Sanctions Based on Negligent Infliction of Emotional Distress
5  (the Motion).  Doc. 889.  The court determines that a hearing is not
6  necessary.  LBR 7007-1(d)(1)(made applicable to contested matters by LBR
7  9013-1(a)(7)).

Debtor's argument that this court should enjoin the Trustee and impose $15 million in sanctions is premised on his contention that "Singapore law provides no procedure for the recognition of foreign Bankruptcy judgments."  Doc. 889, p. 4.  Debtor's request that this court enjoin proceedings in Singapore and impose sanctions is denied on the basis that Debtor has not satisfied the procedural or substantive requirements for issuance of an injunction or the imposition of sanctions.  Whether the Singapore court will recognize the Contempt Order is an issue to be decided by the Singapore court, not this court, and this court will not interfere in ongoing proceedings in Singapore.

The Court has considered any additional arguments raised by Debtor in the Motion and finds them to be irrelevant and/or without merit.

For the reasons stated above,

IT IS HEREBY ORDERED that the Motion is DENIED.

###

cc: Peter Szanto (via ECF)
    Chapter 7 Trustee (via ECF)

Page 2 -  ORDER DENYING DOC. 889