OSD (12/1/11) jbk

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 20, 2020

Clerk, U.S. Bankruptcy Court

BY **jbk** DEPUTY

In re
**Peter Szanto**
*Other names used by debtor:* Peter Szanto Co, Szanto Co
Debtor(s)

Case No. **16–33185–pcm7**

ORDER STRIKING DOCUMENT(S)/ACTION

**IT IS ORDERED** that:

1. The

   Objection to claim 1 of Newport Coast Community Association Filed by Debtor Peter Szanto (Attachments: # 1 Exhibit Proof of Service of Claim Objection)(Szanto, Peter)

   Objection to claim 2 of Santa Lucia Community Association Filed by Debtor Peter Szanto (Attachments: # 1 Exhibit Proof of Service of Claim Objection)(Szanto, Peter)

   First Amended Objection to claim 4 of Bank of America Filed by Debtor Peter Szanto (Attachments: # 1 Exhibit Proof of Service of Claim Objection)(Szanto, Peter)

   First Amended Objection to claim 6 of JPMORGAN CHASE BANK Filed by Debtor Peter Szanto (Attachments: # 1 Exhibit Proof of Service of Claim Objection)(Szanto, Peter)

   Objection to claim 7 of U.S. Trustee Filed by Debtor Peter Szanto (Attachments: # 1 Exhibit Proof of Service of Claim Objection)(Szanto, Peter)

   **Proof of Claim** filed by **Peter Szanto** on **02/18/20** is/are STRICKEN and will have no legal effect, for the reason(s) stated below:

   **Please re–file all objections using the correct order found in the event. It states " You must file in a single pdf and in the following order: LBFs 763.1 and 763.3".**

   The document(s) must be filed properly in order to have any legal effect or for the court to take any action.

2. Any fees accompanying the document(s) will not be refunded but will be applied to the document if refiled.

3. **Refiling – effective date of corrected filing:**

   To refile the document(s), you must (a) file a new document that corrects the defect that was the reason for striking; AND (b) include the full filing fee, if required (unless the fee was already paid); AND (c) serve any copies as required by court rules. The new document will be entered on the docket as filed on the new date of tender, and will not be considered an amendment to any previously filed document, unless you comply with either ¶4 or 5 below.

4. **Refiling – effective date of original filing:**

   If you need the corrected document to be deemed filed as of the date of the original filing, you must file with the court within the later of 7 days from the "Filed" date of this order or any other period specified in ¶1 above BOTH:

   (a) a new document that corrects the defect that was the reason for striking AND

   (b) a certification that copies of both (i) this order and (ii) the corrected document(s) were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

   Any time deadlines such as time to file responsive documents or to set hearings will be tolled and not begin to run until the filing date of the corrected document.

5.

**Inability to file corrected document:**

If you cannot timely file a corrected document as provided in ¶4 above, you may request reconsideration of this order striking the document or action. To request reconsideration, you must file with the court within 7 days of the "Filed" date of this order, or any other period specified in ¶1 above, a written request that the court reconsider the Order Striking Document(s)/Action. The reconsideration request must (a) clearly set forth all grounds for failing to timely file a corrected document as described in ¶4 above AND (b) include a certification that a copy of the request was served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court