Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. Bankruptcy Court

### DISTRICT OF OREGON
*1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500*

| In Re Peter Szanto, Involuntary Debtor  Hearing is Requested | # 16 –bk-33185 pcm7  Peter Szanto's Notice of Motion and Motion to Advance Time of Trial Regarding Opposition to IRS Claims |
|---|---|

### 1. Plaintiff's Certification Relating to Pre-filing Conferral (Certification Pursuant to LBR 7007-1 (a))

On February 28, 2020 Debtor sought conferral with Mr. Kukso regarding the extension of the time of trial regarding IRS claims.

Debtor's calls went to voice mail or message taking secretaries. Debtor stated that he was asking for a return phone call to discuss the matters discussed herein. Debtor sought actually to speak with counsel, because of the grave and urgent importance of the matters herein. Since those calls by Debtor, no counsel has called, nor even tried to call Debtor.

16-bk-33185                    Advance Time –                    pg. 1

Therefore, pursuant to rule **LBR 7007-1 (a)**, Debtor has sought conferral so as to resolve the issues to be presented here, but has been unsuccessful in resolution of the matter at issue without Court involvement.

I certify under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Signed at Irvine CA.

DATED March 2, 2020  /s/ *Signed electronically* Peter Szanto

## 2. NOTICE PER LBR 9013-1(b)

Notice!!! If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than 14 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at ** 1050 SW 6th Ave – Room #700 Portland  OR 97204 ** by the deadline specified above or it may not be considered. You must also serve the objection on Peter Szanto at 11 Shore Pine, Newport Beach CA 92657 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

## 3. FACTS

Trial in this matter is scheduled for 3-5-20 at 1PM. Peter Szanto has an appointment the next day, Friday March 6, 2020 at 8AM in Boston, Massachusetts.

The nature of Peter Szanto's obligation on March 6th relates to personal matters and is relevant to this court only to the extent that delay of the event would cause unnecessary expense and other needless expenditure and wasted time.

The last plane from Portland to Boston which would allow Szanto to arrive in Boston with ample time to get to Szanto's appointment by 8AM, leaves Portland at 5:28PM.

Szanto calculates that to get to the Portland airport for his 5:28 flight, he would need to leave the Bankruptcy courthouse no later than 4PM.

Szanto does not believe the time from 1PM – 4PM will be sufficient to resolve the matters at issue. And that more than 3 hours are needed fully to offer testimony in this matter.

For these reasons, Szanto would ask the court to advance the trial scheduled for 1PM to an earlier start time.

Previous trials in this case have started as early as 9AM, and Szanto would be ready to start at that time.

16-bk-33185      Advance Time –      pg. 3

Peter Szanto anticipates no prejudice to the IRS because of this earlier start.

Accommodation of this request is greatly appreciated.

### 4. **MEMORANDUM**

11 USC § 105 allows this court to permit any act to further the accomplishment of Bankruptcy's goals.

Szanto contends resolution of Bankruptcy will be furthered by advancing the 3-5-20 hearing rather than postponing it to a later time.

### 5. Declaration

1. My name is Peter Szanto.
2. I am the involuntary Debtor herein.
3. This is my truthful declaration supporting my request to advance the time of the trial set for 3-5-2020.
4. **I verify that all statements herein are true of my own personal knowledge.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 3/2/ 2020    /s/ *signed electronically* Peter Szanto

## 6. Conclusion

**For the reasons stated herein, Peter Szanto prays that the hearing set for 3-5-2020 at 1PM, be advanced to earlier starting time that same day.**

Respectfully,

Dated 3/2/2020  /s/ *signed electronically* Peter Szanto

## **PROOF of SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within:

**Notice of Motion and Motion to Advance Time**

on the following by placing in postage pre-paid envelopes of the within document and mailing same:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101
b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618
c. JPMorgan Chase Bank, represented by:
      Gadi Shahak c/o Shapiro & Sutherland
      1499 SE Tech Center Place, Suite 255 , Vancouver, WA 98683
d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204
e. Oregon Department of Revenue, 955 Center St., Salem OR 97301
f. Chapter 7 Trustee, C. Amborn, PO Box 580, Medford OR 97502
g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657
h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205
by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.
i.     Danny Ong, 9 Battery Road #25-01 Singapore 049910

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 3/2/ 2020    /s/ *signed electronically* M. Reynolds

16-bk-33185                       Advance Time –                       pg. 6