| 03/19/2020 | THURSDAY | Judge Peter C McKittrick |
|---|---|---|

**11:30  16-33185 pcm 7  bk   Peter Szanto**

**Oral Ruling re: Objection to Claim 3-21 of Department of the Treasury - Internal Revenue Service (826)**

Peter Szanto - db  X

United States of America (IRS) - cr  BORIS KUKSO  X (joined late)

~~Candace Amborn - tr~~

 Phillip Kushner-IRS

---

Evidentiary Hearing:    Yes: ☐    No: ☒

Court announced ruling on the record. Objection to claim overruled. Mr. Kukso to prepare order.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒

DOCKET ENTRY: