CANDACE AMBORN, TRUSTEE

April 15, 2020

The Honorable Peter C. McKittrick
Via ECF Filing Only

    Re:    In re: Szanto, Peter
            United States Bankruptcy Court Case No. 16-33185-pcm7
            Proposed Distribution

Dear Judge McKittrick,

Attached are the proposed distribution and Forms 1 and 2.

The following is quoted from an email I received on April 14, 2020 from Stephen P. Arnot, the former trustee. This was in response to my inquiry as to the disposition of the personal property. I did not include the photos referenced by Mr. Arnot, but do have them in my file.

> "Since early 2018, I had been trying to obtain access to conduct an inventory of the debtor's furnishing, art, jewelry and other items identified on schedule B and by the debtor at the 341a meeting, The debtor failed to respond to my inquiries for access
>
> In early January 2019, I contacted Sheryl Gillett to appraise certain items of personal property located at the debtor's residence located at 11 Shore Pine, Newport Beach, California.
>
> Pursuant to the debtor's testimony at the meeting of creditors and his bankruptcy schedules, he has valuable items of personal property at his home. Some of the valuables he mentioned for example are a walnut wood dining table given to him by the actress Elizabeth Taylor worth in his opinion $200,000, an Amish armoire from the 17th century worth $200,000, a painting by artist Mimmo Paladino worth $100,000, painting by artist Max Earnst worth $100,000, bronze sculptures of boxers by Auguste Rodin worth $75,000. There should be additional items, but I

don't have a list for you since the debtor has not provided one as of this date.

I retained the broker and set up a time for her to view the furnishings and all other non-exempt personal property. When I eventually was able to confirm a date with the debtor, he informed me that the items were moved to a storage unit and that my appraiser could inventory and appraise the items in storage.

The appraiser, Sherl Gilllett and her partner met the debtor at the storage unit. The Debtor was rude and obnoxious and refused to allow Sheryl access to the storage unit with her camera and her partner. As a result, Sheryl viewed the contents in storage and took photos with her camera phone.

A formal appraisal was not performed after she inventoried the items (see photos) primarily because the property in storage was not worth spending the money to appraise the items

I offered to pay the storage costs, but the debtor never responded to me and I never took possession of the property in storage. Further, I never did get access to the house."

Best Regards,

/s/ Candace Amborn

Candace Amborn


Attachments

# DRAFT PROPOSED DISTRIBUTION REPORT--ESTIMATED

| Case No: | 16-33185-pcm7 | | Trustee Name: | Candace Amborn |
| Case Name: | SZANTO, PETER | | Date: | 4/15/2020 |

| Ref | Claimant | Class | Amount Remaining | Proposed Distribution | Interest |
|---|---|---|---|---|---|
| B1 | Bennington & Moshofsky, P.C. | Accountant for Trustee Fees (Other | $5,895.25 | $5,895.25 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| A | Jordan Ramis PC | Attorney for Trustee Fees (Other Fi | $79,250.00 | $79,250.00 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| C3 | Williams Kastner Greene Markley | Attorney for Trustee Fees (Other Fi | $7,000.00 | unknown | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number:; | | | | | |
| D1 | Lane Powell PC | Attorney for Trustee Fees (Other Fi | $13,923.26 | $13,923.26 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: | | | | | |
| E3 | Rajah & Tann | Attorney for Trustee Fees (Other Fi | $27,822.27 | $27,822.27 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| | Candace Amborn | Trustee Compensation | $27,786.30 | $27,786.30 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| | CANDACE AMBORN | Trustee Expenses | $9.80 | $9.80 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| | Stephen P. Arnot | Trustee Expenses | $285.13 | $285.13 | $0.00 |
| Description: Claim #: ; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| 7 | United States Trustee Payment Center | U. S. Trustee Quarterly Fees | $650.00 | $650.00 | $0.00 |
| Description: Claim #: 7; Distribution Dividend: 100.00; Account Number: 3185; | | | | | |
| 3a | INTERNAL REVENUE SERVICE | Governmental Units Claim- 507(a)(8) | $2,960.17 | $2,960.17 | $0.00 |
| Description: Claim #: 3; Distribution Dividend: 100.00; Account Number: ; | | | | | |
| 3b | INTERNAL REVENUE SERVICE | General Unsecured 726(a)(2) | $7,741.14 | $3,680.18 | $0.00 |
| Description: Claim #: 3; Distribution Dividend: 47.54; Account Number: ; | | | | | |
| 8 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $263,724.25 | $125,376.10 | $0.00 |
| Description: Claim #: 8; Distribution Dividend: 47.54; Account Number: The claimed economic damages of $292,345.52 have been prorated among claims 8-13 | | | | | |
| 9 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $203,724.25 | $96,851.74 | $0.00 |
| Description: Claim #: 9; Distribution Dividend: 47.54; Account Number: ; | | | | | |
| 10 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $188,724.25 | $89,720.64 | $0.00 |
| Description: Claim #: 10; Distribution Dividend: 47.54; Account Number: ; | | | | | |
| 11 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $148,724.25 | $70,704.40 | $0.00 |
| Description: Claim #: 11; Distribution Dividend: 47.54; Account Number: ; | | | | | |
| 12 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $98,724.25 | $46,934.10 | $0.00 |
| Description: Claim #: 12; Distribution Dividend: 47.54; Account Number: ; | | | | | |
| 13 | Motschenbacher & Blattner LLP | General Unsecured 726(a)(2) | $123,724.25 | $58,819.25 | $0.00 |
| Description: Claim #: 13; Distribution Dividend: 47.54; Account Number: ; | | | | | |

| Case No: | 16-33185-pcm7 | | | | Trustee Name: | Candace Amborn | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SZANTO, PETER | | | | Date: | 4/15/2020 | |
| Ref | Claimant | Class | | Amount Remaining | Proposed Distribution | Interest | |
| | | | | $1,200,668.82 | $657,668.59 | $0.00 | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| | |  | |
|---|---|---|---|
| Case No.: | 16-33185 | Trustee Name: | Candace Amborn |
| Case Name: | SZANTO, PETER | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 04/14/2020 | §341(a) Meeting Date: | 01/04/2018 |
| | | Claims Bar Date: | 02/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  11 Shore Pine, Newport, CA | $2,700,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: See Docket No. 508. Abandoned 11/27/18 per Stip Order Docket No. 562 on 8/29/18. | | | | | |
| 2  416 NW 13th Avenue, Portland, OR 97209 | $780,000.00 | $0.00 | | $0.00 | FA |
| 3  Chrysler PT Cruiser | $8,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Asset is not exempt; however, trustee has determined blue book value is under $1,500 and abandons as inconsequential value to estate. | | | | | |
| 4  Mercedes 450 GL | $27,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Asset is exempt under Nevada exemptions as per amended schedule C filed on 5/30/18) | | | | | |
| 5  Isuzu Trooper | $100.00 | $0.00 | | $0.00 | FA |
| 6  VW Tiguan | $3,775.00 | $0.00 | | $0.00 | FA |
| Asset Notes: asset exempt | | | | | |
| 7  Household Goods - Furnishings | $210,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | | | | | |
| 8  TV and electronics | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: trustee considers this asset of inconsequentialvalue to the estate. | | | | | |
| 9  Sculptures, paintings | $100,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | | | | | |
| 10  Sport and exercise equipment | $85,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: Trustee will continue efforts to gain access to household goods and furniture to have broker value for potential estate value | | | | | |
| 11  clothing | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: trustee considers this asset of inconsequentialvalue to the estate. | | | | | |
| 12  Jewelry | $1,600.00 | $0.00 | | $0.00 | FA |
| 13  Eye glasses, dentures, hearing aid, food and fuel on hand | $6,000.00 | $0.00 | | $0.00 | FA |
| 14  cash | $105.00 | $0.00 | | $0.00 | FA |
| 15  Union Bank | $113,000.00 | $36,105.06 | | $36,105.06 | FA |
| Asset Notes: Pursuant to bank statements, only $36,105.06 remained in account which trustee has received. | | | | | |
| 16  HSBC Bank | $250,000.00 | Unknown | | $81,692.09 | Unknown |
| Asset Notes: Trustee receovered $81,692.09 from HSBC Australia Bank account. Debtor transferred approx $300k to HSBC Bank Singapore. Trustee has employed Singapore attorney to pursue records and recovery of funds asset remains unknown at this time. | | | | | |
| 17  ETrade Account | $900,000.00 | $0.00 | | $576,707.61 | FA |
| Asset Notes: trustee liquidated stock acccount and recovered net proceeds of $576k. Before trustee froze account, Debtor transferred approximately $377K to HSBS America and then transferred those | | | | | |

| Case No.: | 16-33185 | | | Trustee Name: | Candace Amborn |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SZANTO, PETER | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 04/14/2020 | | | §341(a) Meeting Date: | 01/04/2018 |
| | | | | Claims Bar Date: | 02/13/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | funds to HSBC Singapore. recovered funds will be under Asset No. 16 for HSBC Account | | | | | |
| 18 | Wells Fargo Shareholder services | $1,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt | | | | | |
| 19 | yankee Trust - former ownership / directorship ended | $0.00 | $84,427.77 | | $84,427.77 | FA |
| **Asset Notes:** | Turn over of funds in bank accounts<br><br>See Order (Dkt #46) in AP No. 18-3042-pcm. | | | | | |
| 20 | Peter Szanto LLC | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Szanto Co. / XANTO Co | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Peter Szanto Co | $0.00 | $0.00 | | $0.00 | FA |
| 23 | ETrade Financial Retirement | $57,027.00 | $0.00 | | $0.00 | FA |
| 24 | ETrade Financial IRA | $10,777.00 | $0.00 | | $0.00 | FA |
| 25 | Void (u) | Unknown | $0.00 | | $0.00 | FA |
| 26 | Szanto family trusts | $3,500,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | See Notice to Abandon AP Action (Dkt # 364) | | | | | |
| 27 | Investment in testing | $4,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Trustee deems inconsequential and burdensome to estate. | | | | | |
| 28 | California RE Brokers License | $50,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Trustee deems inconsequential value to estate. | | | | | |
| 29 | Tax Court Action for 2010 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | thi is a liability rather than an asset. | | | | | |
| 30 | Protective Life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Joint or pay on death accounts with Susan Szanto | $0.00 | $0.00 | | $0.00 | FA |
| 32 | Office Equipment | $25,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | trustee considers this asset of inconsequentialvalue to the estate. | | | | | |
| 33 | Inventory -- goods and supplies valued at market likely sale | $135,000.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Trustee will continue efforts to gain access for broker to value property for estate | | | | | |
| 34 | Business related property - various books, catalogs | $50,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | trying to gain access to value | | | | | |
| 35 | Educational materials | $5,000.00 | $0.00 | | $0.00 | FA |

| Case No.: | 16-33185 | | | Trustee Name: | Candace Amborn |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SZANTO, PETER | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 04/14/2020 | | | §341(a) Meeting Date: | 01/04/2018 |
| | | | | Claims Bar Date: | 02/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** trustee considers this asset of inconsequential value to the estate.

| 36 | Real Estate Books, manuals | $2,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** trustee considers this asset of inconsequential value to the estate.

| 37 | Farrier tools, supplies | $1,500.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |
| 38 | Potential property interest with Susan Szanto | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Per Docket No. 318, no value

| 39 | Sam Miles - claim | $20,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed.

| 40 | Claim v. Briones, counsel | $20,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed.

| 41 | Autocraft - claim for ruined electrical | $20,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** trustee considers this asset of inconsequential value to the estate. Statute of limitations expired

| 42 | O'Connell Landscaping claim | $25,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** Schedule B, Line 34 of conversion documents. Zero value because statute of limitations ran before case was filed.

| 43 | Florida Judgments FLMB | $12,000.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |
| 44 | Polishing machines - tools of trade | $20,000.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Trustee deems inconsequential and burdensome to estate

| 45 | Bank of America checking/savings Accounts (u) | $112,984.40 | $112,987.40 | | $112,987.40 | FA |
| --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** Per Court order, Bank of America turned over funds in checking account, account no xxxxx 2580

| 46 | Void (u) | Unknown | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |
| 47 | Debtor's Claims on California Appellate Case No. A144586, San Mateo County Superior Ct No. PRO115212 | Unknown | $0.00 | | $0.00 | FA |

**Asset Notes:** Abandon Notice filed 4/8/20

| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | $0.00 | Unknown |
| --- | --- | --- | --- | --- | --- | --- |

**TOTALS (Excluding unknown value)**                                                                                                                          **Gross Value of Remaining Asset**

| | $9,305,968.40 | $233,520.23 | | $891,919.93 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

04/03/2019    Continue pursuit of Hidden Assets

| Case No.: | 16-33185 | | | Trustee Name: | Candace Amborn |
| Case Name: | SZANTO, PETER | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 04/14/2020 | | | §341(a) Meeting Date: | 01/04/2018 |
| | | | | Claims Bar Date: | 02/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

[SARNOT 2017-12-06 19:15:35]

**Initial Projected Date Of Final Report (TFR):** 12/31/2018  **Current Projected Date Of Final Report (TFR):** 03/28/2021

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 16-33185 | Trustee Name: | Candace Amborn |
|---|---|---|---|
| Case Name: | SZANTO, PETER | Bank Name: | ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***3389 | Checking Acct #: | ******4977 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 08/16/2016 | Blanket bond (per case limit): | $55,683,398.00 |
| For Period Ending: | 04/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2018 | (17) | E*Trade Financial | Liquidation of brokerage account no xxxx2698  Liquidation of E*Trade brokerage account no xxxx2698 | 1129-000 | $0.04 | | $0.04 |
| 01/10/2018 | (17) | E*Trade Financial | Liquidation of brokerage account no xxxx6400  Liquidation of E*Trade brokerage account no xxxx6400 | 1129-000 | $9,829.87 | | $9,829.91 |
| 01/10/2018 | (17) | E*Trade Financial | Liquidation of brokerage account no xxxx5272  Liquidation of E*Trade brokerage account no xxxx5272 | 1129-000 | $566,877.70 | | $576,707.61 |
| 01/10/2018 | (45) | Bank of America | Liquidation of bank of America Account No xxxxx 2580  Per Court order, Bank of America turned over funds in checking account No xxxxx 2580 in the name of the debtor. Deposits came from debtor's E*trade acct | 1249-000 | $112,987.40 | | $689,695.01 |
| 01/17/2018 | (15) | Union Bank | balance in Account No. 2572 close out balance in acct no 2572 on 1-12-18 | 1129-000 | $21,807.34 | | $711,502.35 |
| 01/17/2018 | (15) | Union Bank | close out balance in account no 2580  close out balance in account no 2580 as of 1-11-18 | 1129-000 | $14,297.72 | | $725,800.07 |
| 01/17/2018 | 101 | Peter Szanto | Return of Debtors Exempt Social Security deposits  Returned to debtor 2 months social security deposits into the DIP account that are exempt | 8100-000 | | $1,194.00 | $724,606.07 |
| 02/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $718.14 | $723,887.93 |
| 02/23/2018 | 102 | Orange County Tax Collector | payment of Real Property Taxes Pursuant to Order denying relief from stay, the trustee is to pay the taxes and insurance on 11 Shore Pine, Newport Coast, Ca. DKT 393 and 381. | 2820-000 | | $9,253.66 | $714,634.27 |
| 02/23/2018 | 103 | Homesight Insurance | payment of insurance on real property  Pursuant to Order denying relief from stay, the trustee is to pay the taxes and insurance on 11 Shore Pine, Newport Coast, Ca. DKT 393 and 381. | 2420-000 | | $1,711.89 | $712,922.38 |
| 03/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $971.39 | $711,950.99 |
| | | | SUBTOTALS | | $725,800.07 | $13,849.08 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 16-33185 |
| Case Name: | SZANTO, PETER |
| Primary Taxpayer ID #: | **-***3389 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 08/16/2016 |
| For Period Ending: | 04/14/2020 |

| | |
|---|---|
| Trustee Name: | Candace Amborn |
| Bank Name: | ASSOCIATED BANK |
| Checking Acct #: | ******4977 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $55,683,398.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,058.45 | $710,892.54 |
| 05/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,022.77 | $709,869.77 |
| 06/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,055.37 | $708,814.40 |
| 06/21/2018 | (16) | HSBC Bank USA N.A. | Turnover of funds in Debtor's HSBC Domestic Account HSBC provided a letter with the check, but no accounting as to which accounts the funds came. Trustee believes funds came from HSBC Australia to HSBC America. | 1129-000 | $81,692.09 | | $790,506.49 |
| 07/09/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,055.08 | $789,451.41 |
| 08/07/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,173.77 | $788,277.64 |
| 09/10/2018 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,171.96 | $787,105.68 |
| 09/12/2018 | 104 | Williams Kastner Greene Markley | Order Approving Interim Fees Court entered order approving interim fees to attorney (Docket 517) for trustee. see DKT #577 | * | | $89,095.62 | $698,010.06 |
| | | | ($87,250.00) | 3110-000 | | | $698,010.06 |
| | | | ($1,845.62) | 3120-000 | | | $698,010.06 |
| 10/22/2018 | (19) | Bank Of America | payment in Arnot v. Yankee Trust Corp Payment to the estate in response to demand for turnover on Bank of America of $53,101.11. Bank was holding until resolution of Arnot v. Yankee Trust Corp Turnover of Funds. | 1149-000 | $53,101.11 | | $751,111.17 |
| 10/29/2018 | (19) | E*Trade | Turnover of Funds in Arnot v. Yankee Trust determining funds are property of estate | 1149-000 | $31,326.66 | | $782,437.83 |

| | | | | SUBTOTALS | $166,119.86 | $95,633.02 | |

Case 16-33185-pcm7    Doc 962    Filed 04/15/20

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| Case No. | 16-33185 | |
| Case Name: | SZANTO, PETER | |
| Primary Taxpayer ID #: | **-***3389 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 08/16/2016 | |
| For Period Ending: | 04/14/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Candace Amborn | |
| Bank Name: | ASSOCIATED BANK | |
| Checking Acct #: | ******4977 | |
| Account Title: | Checking | |
| Blanket bond (per case limit): | $55,683,398.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2019 | 105 | Stephen Arnot | Interim distribution to chapter 7 trustee Trustee filed a request for interim distribution for his trustee commission in the amount of $20k, despite the total commission of approx $43k, to date. see order approving interim payment DKT 638. | 2100-000 | | $20,000.00 | $762,437.83 |
| 01/17/2019 | | Rajah & Tann Singapore LLP | Retainer Deposit Per Court Order (Dkt #626) | 3210-000 | | $10,000.00 | $752,437.83 |
| 02/25/2019 | 106 | Sheryl Gillett | Initial fee to appriaser to inventory property initial retainer of $1,000 to appraiser to inspect and prepare and inventory. thereafter, subsequent order for appraisal fee will be filed | 3610-000 | | $1,000.00 | $751,437.83 |
| 03/25/2019 | | Associated Bank | Bank service fee | 2600-000 | | $80.00 | $751,357.83 |
| 03/25/2019 | 107 | Candace Amborn | Transfer Funds | 9999-000 | | $751,357.83 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | | $891,919.93 | $891,919.93 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $751,357.83 | |
| Subtotal | | $891,919.93 | $140,562.10 | |
| Less: Payments to debtors | | $0.00 | $1,194.00 | |
| Net | | $891,919.93 | $139,368.10 | |

| For the period of 08/16/2016 to 04/14/2020 | | For the entire history of the account between 12/07/2017 to 4/14/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $891,919.93 | Total Compensable Receipts: | $891,919.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,919.93 | Total Comp/Non Comp Receipts: | $891,919.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $140,562.10 | Total Compensable Disbursements: | $140,562.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $140,562.10 | Total Comp/Non Comp Disbursements: | $140,562.10 |
| Total Internal/Transfer Disbursements: | $751,357.83 | Total Internal/Transfer Disbursements: | $751,357.83 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 16-33185 |
| Case Name: | SZANTO, PETER |
| Primary Taxpayer ID #: | **-***3389 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 08/16/2016 |
| For Period Ending: | 04/14/2020 |

| | |
|---|---|
| Trustee Name: | Candace Amborn |
| Bank Name: | Independent Bank |
| Checking Acct #: | ********85 |
| Account Title: | |
| Blanket bond (per case limit): | $55,683,398.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2019 | | Stephen Arnot Chapter 7 Trustee | Transfer of finds to successor trustee | 9999-000 | $751,357.83 | | $751,357.83 |
| 04/04/2019 | 1001 | INTERNATIONAL SURETIES, LTD. | Payment of Blanket Bond #...7975 | 2300-000 | | $161.98 | $751,195.85 |
| 01/28/2020 | 1002 | Williams Kastner Greene & Markley | Per Interim Comp Appl #3 [Doc 691] and Judge's Order reducing Amount [Doc 735] | * | | $65,997.21 | $685,198.64 |
| | | | Attorney Fees ($65,407.50) | 3210-000 | | | $685,198.64 |
| | | | Attorney Expenses ($589.71) | 3220-000 | | | $685,198.64 |
| 04/14/2020 | | Rajah & Tann | Per Order for Interim Compensation [Doc 954] | * | | $27,297.73 | $657,900.91 |
| | | | Fees per Order-reduced by Judge; ($25,913.60) Wire Transfer requested | 3210-000 | | | $657,900.91 |
| | | | Expenses per Order-reduced by Judge; ($1,384.13) Wire Transfer requested | 3220-000 | | | $657,900.91 |
| | | | TOTALS: | | $751,357.83 | $93,456.92 | $657,900.91 |
| | | | Less: Bank transfers/CDs | | $751,357.83 | $0.00 | |
| | | | Subtotal | | $0.00 | $93,456.92 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $93,456.92 | |

| For the period of 08/16/2016 to 04/14/2020 | | For the entire history of the account between 04/02/2019 to 4/14/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $751,357.83 | Total Internal/Transfer Receipts: | $751,357.83 |
| Total Compensable Disbursements: | $93,456.92 | Total Compensable Disbursements: | $93,456.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93,456.92 | Total Comp/Non Comp Disbursements: | $93,456.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |  | | |
|---|---|---|---|---|
| Case No. | 16-33185 | | Trustee Name: | Candace Amborn |
| Case Name: | SZANTO, PETER | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3389 | | Checking Acct #: | *********85 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 08/16/2016 | | Blanket bond (per case limit): | $55,683,398.00 |
| For Period Ending: | 04/14/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $891,919.93 | $234,019.02 | $657,900.91 |

For the period of 08/16/2016 to 04/14/2020

| | |
|---|---:|
| Total Compensable Receipts: | $891,919.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,919.93 |
| Total Internal/Transfer Receipts: | $751,357.83 |
| | |
| Total Compensable Disbursements: | $234,019.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $234,019.02 |
| Total Internal/Transfer Disbursements: | $751,357.83 |

For the entire history of the account between 04/02/2019 to 4/14/2020

| | |
|---|---:|
| Total Compensable Receipts: | $891,919.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,919.93 |
| Total Internal/Transfer Receipts: | $751,357.83 |
| | |
| Total Compensable Disbursements: | $234,019.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $234,019.02 |
| Total Internal/Transfer Disbursements: | $751,357.83 |