Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. BANKRUPTCY COURT

### DISTRICT OF OREGON
*1050 SW 6th Ave #700 Portland, OR 97204 (503) 326-1500*

In Re: Peter Szanto,

**Involuntary Debtor**

-----------------------------------------

# 16-bk-33185-pcm7

**Peter Szanto's**

**NOTICE of DEMAND**

**for IMMEDIATE RETURN of ALL**

**of Peter Szanto's Bankruptcy**

**Estate Assets**

**and All of Susan Szanto's**

**Separate Property Assets**

### 1. Plaintiff's Certification Relating to Pre-filing Conferral

On May 6th through 8th, 2020 Szanto sought conferral with all of the many contra parties listed on the proof of service herein as to matters related to the presentation of this NOTICE.

Szanto's calls went to voice mail or message taking secretaries. Szanto stated that he was asking for a return phone call to discuss the matters addressed herein. Szanto sought actually to speak with counsel.

Since those calls made by Szanto, no counsel has called, nor even tried to call Szanto.

Therefore, Szanto has sought conferral so as to discuss the issues to be presented herein, but has been unsuccessful in discussion of the matter at issue.

I certify under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Signed at Irvine CA.

DATED May 11, 2020 /s/ *Signed electronically* Peter Szanto

## 2. Notice

To the Bankruptcy court, the various trustees, the creditors, their counsel and any / all other persons or entities with an interest in this cause, please take NOTICE.

Peter Szanto herewith and hereby makes **demand for the return of ALL his Bankruptcy estate's assets** currently under the control of the Bankruptcy court and / or Trustee Amborn and / or Trustee Arnot and / or Gary Blackledge and / or any other person or entity in possession or control of any property or assets seized from Peter Szanto in these proceedings.

Susan Szanto has appointed Peter Szanto her attorney in fact to retrieve Susan Szanto's separate property which has been impermissibly seized and improperly co-mingled with Peter Szanto's Bankruptcy estate in this Bankruptcy court.

Peter Szanto herewith and hereby makes **demand for the return of ALL Peter Szanto Bankruptcy estate's assets** which have been co-mingled with separate property marital estate assets and property of Susan Szanto which are currently under the control of the Bankruptcy court and / or Trustee Amborn and / or Trustee Arnot and / or Gary Blackledge and / or any other person or entity in possession or control of any property or assets seized from Susan Szanto in these proceedings.

## 3. Facts

The fundamental purpose of all Bankruptcy law is to provide to debtors a discharge of their debts and obligations.

Unbeknownst to Peter Szanto, the fact that Judge McKittrick would deny him a discharge and expropriate, all of Szanto's money, property and assets was already known to Judge McKittrick the moment Szanto walked into McKittrick's court in 2016.[1]

---

*1. Apparently Judge McKittrick has negative perceptions of persons who have sought Bankruptcy relief more than once. And the fact that Szanto, assisted by counsel, pursued Bankruptcy relief in the wrong venue twice in 2013, thus causing dismissal, was fatal to grant of discharge, ab initio, to the present Bankruptcy in Oregon.*

The degradation and humiliation commencing from the time of Szanto's 1st encounter with McKittrick: being asked how to pronounce his name --- <u>HAS BEEN STRAIGHTFORWARD ABUSIVE AND OFFENSIVE</u>.[2]

McKittrick has **<u>intentionally inflicted heinous and merciless emotional distress upon terminally ill</u>** Szanto by making decisions based on demeanor. There is no standard of demeanor assessment in United States law. There is no science of demeanor-ology. No U.S. Supreme Court decision has ever been based on a decision of whether one litigant's demeanor was better than that of another.

Judge McKittrick basing decisions by assessing demeanor **<u>is just his own personal jingoistic silly nonsense which just translates into making decisions based purely on disdain and hatred of</u>** Peter Szanto.

Now, in the 5th year of Peter Szanto's Bankruptcy annihilation, Judge McKittrick has unsurprisingly denied Peter Szanto a Bankruptcy discharge.

For this reason, this Bankruptcy no longer has any purpose other than the continuing transfer of Susan and Peter Szanto's money, property and other assets to persons deemed worthy to receive those assets and property by Judge McKittrick, irrespective of truth, justice or law.

---

*2. Of all the millions of litigants and thousands of state and Federal judges in this country and Szanto's clerkships for various judges and justices during the last 50 years, Szanto has neither seen, read nor heard of any judge asking a litigant to pronounce his name. Indeed, considering the resources available to Federal judges, 1 call to PSU, OSU or UO would have provided an army of linguists to pronounce Szanto's name and give guidance that the 3rd most common Hungarian name was not subversive nor required a call to the INS.*

Thereupon , Peter Szanto demands return of the $2,342,902.00 of money and property belonging to Susan Szanto and Peter Szanto which are now in the possession, control and dominion of the Bankruptcy court and / or Trustee Amborn and / or Trustee Arnot and / or Gary Blackledge and / or any other person or entity in possession or control of any property or assets belonging to Peter Szanto.

Respectfully,

DATED <u>11 May 2020</u> /s/*signed electronically* Peter Szanto

# **PROOF OF SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## **NOTICE**

on the following by placing in postage pre-paid envelopes of the within document and mailing same to:

a. Internal Revenue Service, PO Box 7346, Philadelphia PA 19101

b. First Service Residential, 15241 Laguna Canyon Rd, Irvine CA 92618

c. JPMorgan Chase Bank, represented by:

Gadi Shahak c/o Shapiro & Sutherland

1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683

d. Bank of America, c/o McCarthy & Holthus 920 SW 3rd Av., Portland OR 97204

e. Oregon Department of Revenue, 955 Center St., Salem OR 97301

f. Chapter 7 Trustee, C. Amborn, PO Box 580, Medford OR 97502

g. Susan Szanto - 11 Shore Pine, Newport Beach CA 92657

h. Office of the US Trustee, 620 SW Main Street, Suite 213, Portland, OR 97205

i. Danny Ong, 9 Straits View #06-07, Marina One West Tower Singapore 018937

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 5/11/ 2020   /s/ *signed electronically* M. Reynolds

16-33185         NOTICE – DEMAND FOR RETURN OF ESTATE ASSETS         – p. 6

Case 16-33185-pcm7    Doc 970    Filed 05/11/20