DISTRICT OF OREGON
**F I L E D**
**June 01, 2020**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER DENYING DOC. 976 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |

On April 1, 2020, the Court requested a status report on this bankruptcy case from the chapter 7 trustee (the Trustee). Doc. 937. The Court stated on the record at the April 1 hearing that the report was for information purposes only and that it would not take any action on the report. After the Trustee filed the requested report (the Report), Doc. 962, Debtor uploaded as correspondence a letter in which he purported to raise various objections to the Report (the Letter). Doc. 965. The Court entered an order (the Order), Doc. 968, in which it stated that it would not address the objections raised by Debtor in the Letter for various reasons, including because the Report was for

Page 1 - ORDER DENYING DOC. 976

information purposes only and no action would be taken on the Report.

On May 19, 2020, Debtor filed a motion for relief from the Order (the Motion). Doc. 976. Debtor seeks relief pursuant to Fed. R. Civ. P. 60(b)(1), made applicable to bankruptcy cases, with certain exceptions not applicable here, by Fed. R. Bankr. P. 9024. The Motion does not establish grounds for relief under Rule 60(b)(1). Alternatively, Debtor requests that the Court certify this matter for appeal to the Bankruptcy Appellate Panel for the Ninth Circuit. Debtor does not cite any authority under which this Court can make the requested certification and fails to show that the request for certification is procedurally proper or substantively warranted. Therefore, for the reasons set forth above,

IT IS HEREBY ORDERED that the Motion is DENIED.

###

cc: Peter Szanto (via ECF)
    Chapter 7 Trustee (via ECF)

Page 2 - ORDER DENYING DOC. 976