RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO (CA State Bar #268613)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No. 16-33185-pcm7 |
| | ) Chapter 7 |
| PETER SZANTO, | ) |
| | ) **APPELLEE'S DESIGNATION OF** |
| | ) **ADDITIONAL ITEMS TO BE** |
| Debtor. | ) **INCLUDED IN RECORD FOR** |
| | ) **APPEAL** |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Creditor/Appellee the United States of America, on behalf of the Internal Revenue Service, hereby submits this designation of additional items to be included in the record for appeal concerning Debtor's Notice of Appeal filed on May 5, 2020 as ECF No. 966.

| **Filing Date** | **Docket No.** | **Description** |
|---|---|---|
| 9/12/2019 | POC 3-22 | Amended Claim #3 |
| 9/13/2019 | 826 | Objection to Claim 3-21 |
| 9/16/2019 | 828 | Notice of Objection to Claim 3-21 |
| 11/05/2019 | 843 | Hearing Held re Objection to Claim 3-21 |
| 12/24/2019 | 867 | Order Striking 864 Supplemental Declaration of Philip Kushner and Denying 865 Declaration of Debtor's 2nd Declaration as Moot. |
| 1/15/2020 | 878 | Scheduling Order Re Hearing On Objection to Claim 3-21 |
| 2/26/2020 | 911 | Notice Receipt of Trial Exhibits |

**Appellee's Designation of Additional Items To
Be Included In Record For Appeal**      1

(Case No. 16-33185)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-1857

Case 16-33185-pcm7    Doc 983    Filed 06/01/20

| 2/27/2020 | 912 | List of Exhibits Filed By Creditor United States |
| --- | --- | --- |
| 2/27/2020 | 913 | Notice e-mailing of Exhibits by Debtor Peter Szanto |
| 2/28/2020 | 914 | Notice Re: Order 878. IRS's exhibits marked #1-8 have been received by the court and are available for pickup by debtor or their designee. |
| 3/2/2020 | 915 | Motion to Advance Time of Trial |
| 3/2/2020 | 916 | Text-only Order re 915 Motion to Advance Time of Trial |
| 4/14/2020 | 960 | Motion for New Trial as to Claim 3-21 |
| 4/14/2020 | 961 | Correspondence Re: Verification of Docket Entry 960 |
| 4/20/2020 | 964 | Order Denying 960 Motion for New Trial |
|  |  | Transcripts of the following hearings have been ordered pursuant to Rule 8009(b)<br>• initial hearing on the objection to claim on 11/4/2019<br>• evidentiary hearing on 3/5/2020<br>• the Court's oral ruling on 3/19/2020 |

Dated: June 1, 2020.

                                         RICHARD E. ZUCKERMAN
                                         Principal Deputy Assistant Attorney General

                                         */s/ Boris Kukso*
                                         BORIS KUKSO (CA State Bar #268613)
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 683
                                         Washington, D.C. 20044
                                         202-353-1857 (v)
                                         202-307-0054 (f)
                                         Boris.Kukso@usdoj.gov

**Appellee's Designation of Additional Items To Be Included In Record For Appeal**    2

(Case No. 16-33185)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-1857

Case 16-33185-pcm7    Doc 983    Filed 06/01/20

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed the foregoing **APPELLEE'S DESIGNATION OF ADDITIONAL TIMES TO BE INCLUDED IN RECORD FOR APPEAL** with the Clerk of Court using the CM/ECF which provides service to all parties entitled thereto.

*/s/ Boris Kukso*
BORIS KUKSO
Trial Attorney
United States Department of Justice, Tax Division

**Appellee's Designation of Additional Items To Be Included In Record For Appeal**

(Case No. 16-33185)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-1857

Case 16-33185-pcm7    Doc 983    Filed 06/01/20