Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER ABATING DETERMINATION |
| ) | OF CLAIMS |
| ) | |
| Debtor. ) | |

On January 31, 2020, Victor Szanto, Evye Szanto, Anthony and Mariette Szanto, Kimberly and Austin Bell, Nicole Szanto, and Barbara Szanto Alexander (referred to collectively as the Claimants) filed amended proof of claim forms in this chapter 7 case. See Claim Numbers 8-2, 9-2, 10-3, 11-2, 12-2, and 13-2 (referred to collectively as the Claims). Debtor filed objections to the Claims, see Docs. 947, 948, 949, 950, 945, and 946 (referred to collectively as the Claim Objections), arguing that the Claims should be disallowed for various reasons.

The Claims are comprised of two parts. In Part 1, Claimants seek compensation from the bankruptcy estate for amounts already awarded by this Court in Adv. P. 16-3114-pcm (the AP). Debtor has appealed various

Page 1 -   ORDER ABATING DETERMINATION OF CLAIMS

of this Court's decisions in the AP, including its award of damages and attorney fees to Claimants. See United States District Court for the District of Oregon Case Numbers 3:18-cv-951-SI, 3:18-cv-952-SI, 3:19-cv-1089-SI, 3:19-cv-2043-SI, and 3:20-cv-533-SI (referred to collectively as the Appeals). The Appeals remain pending with briefing scheduled to be completed in December of 2020.

In Part 2 of the Claims, Claimants seek compensation from the bankruptcy estate, in amounts that remain to be determined, for damages they allegedly incurred in defending the claims asserted against them by Debtor in the AP.

The Court has concluded that further consideration of the extent to which this Court should allow or disallow the Claims and the Claim Objections should be abated until the District Court resolves the Appeals. Considerations of economy and efficiency and the conservation of judicial resources weigh in favor of abating determination of the Claims because the District Court's resolution of the Appeals will clarify the amounts, if any, that should be allowed in connection with Part 1 of the Claims and potentially clarify and narrow the issues that must be addressed in deciding at least some of the issues raised by Debtor in the Claim Objections.

For the reasons stated above,

IT IS HEREBY ORDERED that consideration of the Claims and the Claim Objections are ABATED until the District Court resolves the Appeals.

###

cc: Peter Szanto (via ECF)
    Nicholas J. Henderson (via ECF)
    Chapter 7 Trustee (via ECF)

Page 2 - ORDER ABATING DETERMINATION OF CLAIMS