| 01/13/2021 | WEDNESDAY | Judge Peter C McKittrick |
|---|---|---|

10:30    16-33185 pcm 7    bk    Peter Szanto

**First Amended Motion for a Further Contempt Order Against the Debtor and Supporting Document(s). Filed by Trustee Candace Amborn (BLACKLIDGE, GARY) (1011)**

Peter Szanto - db
Candace Amborn – Trustee
Gary Blacklidge – Trustee Counsel
Russell Garrett – Trustee Counsel
Steve Arnot – UST

Evidentiary Hearing:    Yes: [XX]    No: [ ]

For reasons explained on the record, the court finds debtor failed to comply with the court order.

Mr. Szanto to sign the documents and provide original documents to the trustee by end of business, January 20, 2021. If the trustee does not receive the documents as stated, the court will impose a sanction of $500.00 per day until the documents are delivered to Trustee. Hearing Continued to 2/25 @ 9:30 by video. The court will consider further sanctions at the continued hearing if the documents have not been signed.

Order to be prepared by:   [ ] Clerk's Office   [XX] Chambers   [ ]

DOCKET ENTRY:

Run Date:    01/13/21

Case 16-33185-pcm7    Doc 1057    Filed 01/13/21