DISTRICT OF OREGON
**F I L E D**
**May 07, 2021**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| ) | ORDER RE APPLICATION FOR |
| ) | FINAL PROFESSIONAL |
| ) | COMPENSATION (CLAIM 15) |
| Debtor. ) | |

Lane Powell PC (Lane Powell) seeks a total of $14,551.88 in final compensation ($14,535 in fees and expenses of $16.88) for the period of time between January 27, 2020, and February 9, 2021. Claim 15. Debtor objects to the application (the Objection). Doc. 1127.

For the reasons set forth in the Memorandum Opinion dated May 7, 2021, Doc. 1151,

IT IS HEREBY ORDERED that the Objection is overruled.

IT IS FURTHER ORDERED that Lane Powell is awarded final compensation in the total amount of $14,551.88.

###

Page 1 - ORDER RE APPLICATION FOR FINAL PROFESSIONAL COMPENSATION (CLAIM 15)

cc: Peter Szanto (via ECF)
    Chapter 7 Trustee (via ECF)

Page 2 -   ORDER RE APPLICATION FOR FINAL PROFESSIONAL COMPENSATION (CLAIM 15)