| | | |
|---|---|---|
| 06/03/2021 | | Judge Peter C McKittrick |
| 10:00 16-33185-pcm7 | Peter Szanto - db  x | ProSe / None |
| | -cr | |
| | Candace Amborn -tr | x |
| | US Trustee, Portland -ust | |

**Matter: Proposed Order re: Third Amended Application to Employ Attorney**

Additional Appearances: Russ Garrett, Jonas Anderson-UST

Summary of Proceedings

For the reasons stated on the record, the Court agreed to sign a Third Amended Application to Employ that narrows the language on Exhibit A. To the extent Mr. Szanto's comments were intended as an objection, the objection is overruled.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other:

Minute Order: