Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) **Motion and Notice of**
 ) **Intent to Incur Expenses;**
 ) **and Order Thereon**
Debtor(s) )

1. The undersigned trustee, _____, moves for an order authorizing the payment of the following expenses from property of the estate as follows:

Payee Item (include explanation) Amount

759.5 (12/1/2018) Page 1 of 2

2. The foregoing expenses are justified by the following facts:

**IT IS ORDERED, AND NOTICE IS GIVEN,** that the trustee may incur and pay the above expenses from estate funds without further notice or court order, unless within 23 days of the date in the "Filed" stamp, an interested party:

(1) files a written objection, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401; and

(2) serves the objection on the trustee at:
_____
_____.

###

Date: _____                                  _____
                                                                           Trustee