**FILED**

NOV 12 2021

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. OR-21-1118 |
| PETER SZANTO, | Bk. No. 3:16-bk-33185-PCM |
| Debtor. | |
| PETER SZANTO, | |
| Appellant, | |
| v. | **ORDER REINSTATING APPEAL** |
| CANDACE AMBORN, Chapter 7 Trustee; LANE POWELL PC, | **(Immediate Response Required)** |
| Appellees. | |

Before: TAYLOR, BRAND, and GAN, Bankruptcy Judges.

    This appeal was dismissed for lack of prosecution on October 22, 2021.

    On October 26, 2021, appellant filed a motion to reinstate this appeal.

    Appellant's motion is ORDERED GRANTED and the appeal is ORDERED REINSTATED.

    Appellant's opening brief and excerpts of the record must be filed no later than **Wednesday, December 1, 2021**.